**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Lucci Restaurant Group LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Bobby's Deerfield** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **45-5394816** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **695 Deerfield Rd.** <br> **Deerfield, IL 60015** <br> Number, Street, City, State & ZIP Code | **8754 Sunset Road** <br> **Niles, IL 60714** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Lake** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

| Debtor | **Lucci Restaurant Group LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5812__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **Lucci Restaurant Group LLC** | | Case number (*if known*) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | | Relationship | _____ |
| --- | --- | --- | --- | --- |
| District | _____ | When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
| --- | --- | --- |
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
| --- | --- | --- |
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Lucci Restaurant Group LLC**                                  Case number (*if known*)
         Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | Lucci Restaurant Group LLC | Case number (*if known*) |
|---|---|---|
| | Name | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 25, 2022**
MM / DD / YYYY

**X /s/ Betim Arifi**
Signature of authorized representative of debtor

**Betim Arifi**
Printed name

Title    **member**

**18. Signature of attorney**

**X /s/ Richard N. Golding**
Signature of attorney for debtor

Date    **March 25, 2022**
MM / DD / YYYY

**Richard N. Golding**
Printed name

**The Golding Law Offices, P.C.**
Firm name

**500 N. Dearborn St., 2nd Flr.**
**Chicago, IL 60654**
Number, Street, City, State & ZIP Code

Contact phone    **(312) 832-7885**    Email address    **rgolding@goldinglaw.net**

**0992100 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **Lucci Restaurant Group LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **March 25, 2022**            X  */s/ Betim Arifi*
                                              Signature of individual signing on behalf of debtor

                                              **Betim Arifi**
                                              Printed name

                                              **member**
                                              Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Lucci Restaurant Group LLC** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **3D Baking**<br>**4140 N Kolmar**<br>**Chicago, IL 60641** | | **Trade debt** | | | | $900.00 |
| **Allen Brothers**<br>**3737 S. Halsted**<br>**Chicago, IL** | | **Trade debt** | | | | $2,255.00 |
| **Averus Fire Services**<br>**3851 Clearview Court**<br>**Gurnee, IL 60031** | | **Trade debt** | | | | $145.00 |
| **Brekthru**<br>**P.O.  Box 809190**<br>**Chicago, IL 60680** | | **Trade debt** | | | | $2,100.77 |
| **Brew Smart**<br>**5410 Newport Drive, Suite 40**<br>**Rolling Meadows, IL 60008** | | **Trade debt** | | | | $291.00 |
| **Don & Co**<br>**2562 Payshere Circle**<br>**Chicago, IL 60674** | | **Trade debt** | | | | $2,903.00 |
| **Greco & Sons**<br>**1550 Hecht Road**<br>**Bartlett, IL 60103** | | **Trade debt** | | | | $8,237.00 |
| **Harrisons Poultry**<br>**1201 Waukegan Road**<br>**Glenview, IL 60025** | | **Trade debt** | | | | $3,930.00 |
| **L.L. Packing**<br>**527 W 41st Strreet**<br>**Chicago, IL 60609** | | **Trade debt** | | | | $4,526.77 |
| **Mickey's**<br>**4601 W Addison St**<br>**Chicago, IL 60641** | | **Trade debt** | | | | $4,356.45 |

| Debtor | **Lucci Restaurant Group LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Momentum 1658 N Milwaukee Suite 270 Chicago, IL 60647 | | Trade debt | | | | $150.00 |
| Small Business Association 2 North Street Birmingham, AL 35203 | | blanket lien of EIDL proceeds | | $150,000.00 | $0.00 | $150,000.00 |
| Smithereen Pest Managment 7400 Melvina Ave Niles, IL 60714 | | Trade debt | | | | $160.00 |
| Southern Glazer's 300 E CrossroadsPkwy Bolingbrook, IL 60440 | | Trade debt | | | | $804.00 |
| Supreme Lobster 220 E. North Ave Villa Park, IL 60181 | | Trade debt | | | | $5,792.26 |
| Sysco 250 Weiboldt Drive Des Plaines, IL 60016 | | Trade debt | | | | $13,876.00 |
| The Huntington Bank 501 W. North Avenue Melrose Park, IL 60160 | | Guarantee of business debt | Contingent Unliquidated | | | $2,102,287.26 |
| Three Sisters P.O. Box #6 Kankakee, IL 60901 | | Trade debt | | | | $390.00 |
| Trimark P.O. Box 8570 Carol Stream, IL 60197-8570 | | Trade debt | | | | $626.69 |
| Visa Dept Store Nat Bank / Macy's Attn: Bankruptcy PO Box 8053 Mason, OH 45040 | | Credit card purchases | | | | $12,000.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Lucci Restaurant Group LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..............................................................................  $       **0.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*............................................................................  $       **405,300.00**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................  $       **405,300.00**

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................  $       **150,000.00**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................  $       **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................  +$       **2,165,867.20**

4. **Total liabilities** .................................................................................................
   Lines 2 + 3a + 3b

   $       **2,315,867.20**

**Fill in this information to identify the case:**

Debtor name __**Lucci Restaurant Group LLC**__

United States Bankruptcy Court for the: __NORTHERN DISTRICT OF ILLINOIS__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:      Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$300.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Hyde Park Bank**<br>**1525 E. 53rd Street**<br>**Chicago IL** | **checking account** | | **$300,000.00** |
| 3.2. | **Deerfield Bank & Trust**<br>**600 Deerfield IL 60015** | **Savings Account** | | **$7,500.00** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**                                                        | **$307,800.00** |
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:      Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | **Deposit to Landlord:**<br>**Deerfield VCI LLC**<br>**P.O. Box 77776758**<br>**Chicago, IL 60677-6758** | | |
|---|---|---|---|
| 7.1. | | | **$39,000.00** |

Debtor    **Lucci Restaurant Group LLC**                                    Case number *(If known)* _____
                 Name

8.      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
        Description, including name of holder of prepayment

9.      **Total of Part 2.**                                                                    | **$39,000.00** |
        Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |
| --- | --- |

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |
| --- | --- |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19.  **Raw materials**<br>**Food/Beverage**<br>**Inventory** | | Unknown | Replacement | $11,000.00 |

20.     **Work in progress**

21.     **Finished goods, including goods held for resale**

22.     **Other inventory or supplies**

23.     **Total of Part 5.**                                                                    | **$11,000.00** |
        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ☑ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ☑ No
        ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ☑ No
        ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
| --- | --- |

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **Lucci Restaurant Group LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** miscellaneous furniture, fixtures and equipment typically used in a full service restaurant | **$10,000.00** | Liquidation | **$10,000.00** |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** computer/office supplies | **$250.00** | Recent cost | **$2,500.00** |
| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| 43. | **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | **$12,500.00** |
|---|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☑ Yes Fill in the information below.

| | General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | **Work/Catering Van** | **Unknown** | Recent cost | **$35,000.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Lucci Restaurant Group LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51.    **Total of Part 8.**                                                                 **$35,000.00**

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **Lucci Restaurant Group LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $307,800.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $39,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $11,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $12,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $35,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $405,300.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $405,300.00 |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name  **Lucci Restaurant Group LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property  **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim<br><br>Do not deduct the value of collateral. | Value of collateral that supports this claim |
| **2.1** **Small Business Association**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**blanket lien of EIDL proceeds** | $150,000.00 | $0.00 |
| **2 North Street**<br>**Birmingham, AL 35203**<br>Creditor's mailing address | Describe the lien<br>**Non-Purchase Money Security** | | |

Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**June 13 2020**
Last 4 digits of account number

As of the petition filing date, the claim is:
Check all that apply

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.  $150,000.00

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Lucci Restaurant Group LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|     |  |  | Amount of claim |
|-----|--|--|---------------:|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$900.00** |
|-----|-----|-----|-----|
|     | **3D Baking**<br>**4140 N Kolmar**<br>**Chicago, IL 60641** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|     | Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ |  |
|     | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |  |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,255.00** |
|-----|-----|-----|-----|
|     | **Allen Brothers**<br>**3737 S. Halsted**<br>**Chicago, IL** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|     | Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ |  |
|     | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |  |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|-----|-----|-----|-----|
|     | **American Express**<br>**Credit Dept.**<br>**P.O. Box 96001**<br>**Los Angeles, CA 90096-8000** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|     | Date(s) debt was incurred _ | **Basis for the claim:** _Credit card purchases_ |  |
|     | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |  |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$145.00** |
|-----|-----|-----|-----|
|     | **Averus Fire Services**<br>**3851 Clearview Court**<br>**Gurnee, IL 60031** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |  |
|     | Date(s) debt was incurred _ | **Basis for the claim:** _Trade debt_ |  |
|     | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |  |

| Debtor | **Lucci Restaurant Group LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,100.77 |
|---|---|---|---|

**Brekthru**
P.O. Box 809190
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $291.00 |
|---|---|---|---|

**Brew Smart**
5410 Newport Drive, Suite 40
Rolling Meadows, IL 60008

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $136.00 |
|---|---|---|---|

**Cozzini**
350 Howard Avenue
Des Plaines, IL 60018

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,903.00 |
|---|---|---|---|

**Don & Co**
2562 Payshere Circle
Chicago, IL 60674

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,237.00 |
|---|---|---|---|

**Greco & Sons**
1550 Hecht Road
Bartlett, IL 60103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,930.00 |
|---|---|---|---|

**Harrisons Poultry**
1201 Waukegan Road
Glenview, IL 60025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,526.77 |
|---|---|---|---|

**L.L. Packing**
527 W 41st Strreet
Chicago, IL 60609

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lucci Restaurant Group LLC** | Case number (if known) | |
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,356.45**

**Mickey's**
**4601 W Addison St**
**Chicago, IL 60641**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$150.00**

**Momentum**
**1658 N Milwaukee**
**Suite 270**
**Chicago, IL 60647**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$160.00**

**Smithereen Pest Managment**
**7400 Melvina Ave**
**Niles, IL 60714**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$804.00**

**Southern Glazer's**
**300 E CrossroadsPkwy**
**Bolingbrook, IL 60440**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,792.26**

**Supreme Lobster**
**220 E. North Ave**
**Villa Park, IL 60181**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,876.00**

**Sysco**
**250 Weiboldt Drive**
**Des Plaines, IL 60016**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown**

**The Hartford Insurance Co**
**P.O. Box 600916**
**Dallas, TX 75266-0916**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Business debt-insurance

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Lucci Restaurant Group LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,102,287.26** |
|---|---|---|---|

**The Huntington Bank**
**501 W. North Avenue**
**Melrose Park, IL 60160**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred   4/4/2020

Last 4 digits of account number   0359

Basis for the claim:   Guarantee of business debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$390.00** |
|---|---|---|---|

**Three Sisters**
**P.O. Box #6**
**Kankakee, IL 60901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   _

Last 4 digits of account number   _

Basis for the claim:   Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$626.69** |
|---|---|---|---|

**Trimark**
**P.O. Box 8570**
**Carol Stream, IL 60197-8570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   _

Last 4 digits of account number   _

Basis for the claim:   Trade debt

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,000.00** |
|---|---|---|---|

**Visa Dept Store Nat Bank / Macy's**
**Attn: Bankruptcy**
**PO Box 8053**
**Mason, OH 45040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   _

Last 4 digits of account number   _

Basis for the claim:   Credit card purchases

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,165,867.20 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,165,867.20 |

**Fill in this information to identify the case:**

Debtor name    **Lucci Restaurant Group LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                           12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.  State what the contract or lease is for and the nature of the debtor's interest   **HVAC Service** | |
|         State the term remaining   **12/31/22** | **AA Service Co.** |
|    List the contract number of any government contract | **550 Anthony Trail** **Northbrook, IL 60062** |
| 2.2.  State what the contract or lease is for and the nature of the debtor's interest   **Insurance finance package annually** | |
|         State the term remaining   **10-16-22** | **Ralph Weiner & Associates** |
|    List the contract number of any government contract | **720 Astor Lane** **Des Plaines, IL 60019** |

| Fill in this information to identify the case: |
|---|

Debtor name    **Lucci Restaurant Group LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Agim Arifi** | 8636 W Stolting Road<br>Niles, IL 60714<br>co-guarantor | The Huntington Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Agim Arifi** | 8636 W Stolting Road<br>Niles, IL 60714 | The Huntington Bank | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |
| 2.3 | **Bashkim &<br>Fatima Arifi** | 8729 W Stolting Road<br>Niles, IL 60714<br>co-guarantors | The Huntington Bank | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Bashkim Arifi** | 609 N Milaukee Ave.<br>Glenview, IL 60025<br>guarantors on Bobby's Lincoln Park LLC<br>loan | The Huntington Bank | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |
| 2.5 | **Bobby's Lincoln<br>Park LLC** | n/a<br>principal obligaor | The Huntington Bank | ☐ D _____<br>■ E/F ___3.19___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Lucci Restaurant Group LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$320,000.00** |
| **For prior year:** From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$2,300,000.00** |
| **For year before that:** From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other _____ | **$1,700,000.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | Lucci Restaurant Group LLC | | Case number (if known) | |

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. | The Huntington National Bank v Bobby's Lincoln Park, LLC, Lucci Restaurant Group, LLC, Agim Arifi, Bashkim Arifi and Fatima Arifi Debtor 21cv 1304 | Claims on promissory notes and foreclosure on real estate | U.S District Court, N Dist of IL 219 S Dearborn Street Chicago, IL 60603 | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

Debtor    **Lucci Restaurant Group LLC**                                   Case number *(if known)* _____

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **St. Jude's Childrens Hospital 501 St. Jude Place, Memphis, TN 38105** | **Charitable Donation** | | **$1,000.00** |
| | Recipients relationship to debtor | | | |

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Golding Law Offices P.C. 500 N Dearborn Street, 2nd FL Chicago, IL** | | **9/10/21** | **$6,982.00** |
| | Email or website address **60654** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **The Golding Law Offices, P.C. 500 N Dearborn Street, 2nd FL Chicago, IL 60654** | | **11/18/21** | **$4,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    **Lucci Restaurant Group LLC**                                          Case number *(if known)* _____

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

Official Form 207                Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page 4

| Debtor | Lucci Restaurant Group LLC | Case number *(if known)* |
|---|---|---|

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. Has the debtor notified any governmental unit of any release of hazardous material?

■ No.
☐ Yes. Provide details below.

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **Lucci Restaurant Group LLC** | Case number *(if known)* | |
|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **Anthony Louras & Associates Ltd.**<br>**751 W. Touhy Ave.**<br>**Chicago, IL 60631** | **January 1 2014 to**<br>**present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service<br>From-To |
|---|---|---|
| 26b.1. | **Anthony Louras & Associates Ltd.**<br>**751 W. Touhy Ave.**<br>**Chicago, IL 60631** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are<br>unavailable, explain why |
|---|---|---|
| 26c.1. | **Anthony Louras & Associates Ltd.**<br>**751 W. Touhy Ave**<br>**Chicago, IL 60631** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market,<br>or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **Lucci Restaurant Group LLC**                                        Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Agim Arifi** | **8636 W. Stolting Road Niles, IL 60714** | **member** | **50%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|------------------------|
| **Bashkim Arifi** | **8729 W. Stolting Niles, IL 60714** | **Member** | **50** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ■ No
   ☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    **Lucci Restaurant Group LLC**                                    Case number *(if known)*

---

**Part 14:    Signature and Declaration**

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 25, 2022**

**/s/ Betim Arifi**                                        **Betim Arifi**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **Lucci Restaurant Group LLC** _____ Case No. _____
Debtor(s)         Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | | |
    |---|---|---|
    | For legal services, I have agreed to accept | $ | **15,000.00** |
    | Prior to the filing of this statement I have received | $ | **15,000.00** |
    | Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
    copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**March 25, 2022** _____     /s/ Richard N. Golding
_Date_                                                **Richard N. Golding**
                                                       _Signature of Attorney_
                                                       **The Golding Law Offices, P.C.**
                                                       **500 N. Dearborn St., 2nd Flr.**
                                                       **Chicago, IL 60654**
                                                       **(312) 832-7885   Fax: (312) 755-5720**
                                                       **rgolding@goldinglaw.net**
                                                       _Name of law firm_

---

# United States Bankruptcy Court
## Northern District of Illinois

In re    __Lucci Restaurant Group LLC__                                                Case No. _____

                                                    Debtor(s)                         Chapter    __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Agim Arifi**<br>**8636 W Stolting Road**<br>**Niles, IL 60714** | | | **member** |
| **Bashkim Arifi**<br>**8729  W. Stolting**<br>**Niles, IL 60714** | | | **member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.


Date    __March 25, 2022__                        Signature    __/s/ Betim Arifi__
                                                                __Betim Arifi__


*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re  **Lucci Restaurant Group LLC**

Debtor(s)

Case No.

Chapter  **11**

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: **29**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date: **March 25, 2022**

**/s/ Betim Arifi**

**Betim Arifi**/member
Signer/Title

3D Baking
4140 N Kolmar
Chicago, IL 60641


AA Service Co.
550 Anthony Trail
Northbrook, IL 60062


Agim Arifi
8636 W Stolting Road
Niles, IL 60714


Allen Brothers
3737 S. Halsted
Chicago, IL


American Express
Credit Dept.
P.O. Box 96001
Los Angeles, CA 90096-8000


Averus Fire Services
3851 Clearview Court
Gurnee, IL 60031


Bashkim & Fatima Arifi
8729 W Stolting Road
Niles, IL 60714


Bashkim Arifi
609 N Milaukee Ave.
Glenview, IL 60025


Bobby's Lincoln Park LLC
n/a


Brekthru
P.O. Box 809190
Chicago, IL 60680


Brew Smart
5410 Newport Drive, Suite 40
Rolling Meadows, IL 60008

Cozzini
350 Howard Avenue
Des Plaines, IL 60018


Don & Co
2562 Payshere Circle
Chicago, IL 60674


Greco & Sons
1550 Hecht Road
Bartlett, IL 60103


Harrisons Poultry
1201 Waukegan Road
Glenview, IL 60025


L.L. Packing
527 W 41st Strreet
Chicago, IL 60609


Mickey's
4601 W Addison St
Chicago, IL 60641


Momentum
1658 N Milwaukee
Suite 270
Chicago, IL 60647


Ralph Weiner & Associates
720 Astor Lane
Des Plaines, IL 60019


Small Business Association
2 North Street
Birmingham, AL 35203


Smithereen Pest Managment
7400 Melvina Ave
Niles, IL 60714


Southern Glazer's
300 E CrossroadsPkwy
Bolingbrook, IL 60440

Supreme Lobster
220 E. North Ave
Villa Park, IL 60181


Sysco
250 Weiboldt Drive
Des Plaines, IL 60016


The Hartford Insurance Co
P.O. Box 600916
Dallas, TX 75266-0916


The Huntington Bank
501 W. North Avenue
Melrose Park, IL 60160


Three Sisters
P.O. Box #6
Kankakee, IL 60901


Trimark
P.O. Box 8570
Carol Stream, IL 60197-8570


Visa Dept Store Nat Bank / Macy's
Attn: Bankruptcy
PO Box 8053
Mason, OH 45040

# United States Bankruptcy Court
## Northern District of Illinois

In re   **Lucci Restaurant Group LLC** _____

Debtor(s)

Case No. _____

Chapter   **11**  _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Lucci Restaurant Group LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Agim Arifi
8636 W Stolting Road
Niles, IL 60714**

☐ None [*Check if applicable*]

**March 25, 2022** _____
Date

**/s/ Richard N. Golding** _____
**Richard N. Golding**
Signature of Attorney or Litigant
Counsel for   **Lucci Restaurant Group LLC**
**The Golding Law Offices, P.C.**
**500 N. Dearborn St., 2nd Flr.**
**Chicago, IL 60654**
**(312) 832-7885 Fax:(312) 755-5720**
**rgolding@goldinglaw.net**