Form G5 (20200113_bko)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

In Re:　　　　　　　　　　　　　　　　　　)　　Case Number: 22-03452
　　　　　　　　　　　　　　　　　　　　　)　　　　　　　　　　(Jointly Administered)
Lucci Restaurant Group, LLC　　　　　　　　)　　Chapter: 11
　　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　　)　　Honorable David D. Cleary
　　　　　　　　　　　　　　　　　　　　　)　　SELECT IF OUTLYING AREA
　　　　　　　　Debtor(s)　　　　　　　　　)

## ORDER AUTHORIZING THE SALE OF REAL ESTATE AND SHORTEN TIME

THIS CAUSE COMING FORTH upon Motion of Agim Arifi to enter into a contract attached to his Motion to Sell Residential Real Estate located at 8636 W. Stolting Road, Niles, IL 60714 (the "Property") and to close said transaction on or before May 20, 2022 in these administratively consolidated cases and the court being advised in the Premises:

IT IS ORDERED:

1. That the Motion of Agim Arifi, debtor and debtor-in-possession in Administratively Consolidated Case No. 22-03457 to sell the Property free and clear of liens, claim and encumbrances is Granted, including the shortening of time as requested in the Motion; and

2. The Movant is authorized to pay the first and second mortgages of record on the Property off, upon their issuing a proper payoff letter, from the proceeds of sale and the other customary costs and pro-rations required by the Contract to Sell; and

3. That the Debtor is authorized to receive the sum of $30,000.00 as set forth in the Motion; and

4. That Matthew Brash, Sub-Chapter V Trustee, shall receive the sum of $2,500.00 to be held subject to further order of court; and

5. That the remaining proceeds after payments made according to paragraph 2 above shall be paid and distributed to The Huntington National Bank and applied to reduce its secured debt.

FURTHER THE COURT SAYETH NOT.

　　　　　　　　　　　　　　　　　　　　　　　　　Enter: *[signed] David D. Cleary*
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable David D. Cleary
Dated: May 2, 2022　　　　　　　　　　　　　　　 United States Bankruptcy Judge

**Prepared by:**

Richard N. Golding
The Golding Law Offices, P.C.
500 N DearbornStreet, 2nd FL
Chicago, IL 60654

Form G5 (20200113_bko)
tel: 312 832 7885
Email: rgolding@goldinglaw.net