**Fill in this information to identify the case:**

Debtor Name __Lucci Restaurant Group, LLC.__

United States Bankruptcy Court for the: Northern District of Illinois ▾

Case number: __22-03452__

☐ Check if this is an amended filing

## Official Form 425C

# Monthly Operating Report for Small Business Under Chapter 11        12/17

Month: __April__

Line of business: __Restaurant__

Date report filed: __05/20/2022__
MM / DD / YYYY

NAISC code: __365,228__

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party:                    __Lucci Restaurant Group, LLC.__

Original signature of responsible party   _[signature]_

Printed name of responsible party      __Tim Arifi__

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|:---:|:---:|:---:|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3. | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4. | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☑ | ☐ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☑ | ☐ | ☐ |
| 7. | Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9. | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name  Lucci Restaurant Group, LLC.

Case number 22-03452

17. Have you paid any bills you owed before you filed bankruptcy?  ☐ ☑ ☐
18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?  ☑ ☐ ☐

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**

   This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

   $ 239,933.27

20. **Total cash receipts**

   Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

   Report the total from *Exhibit C* here.

   $ 230,016.68

21. **Total cash disbursements**

   Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

   Report the total from *Exhibit D* here.

   − $ 238,838.08

22. **Net cash flow**

   Subtract line 21 from line 20 and report the result here.
   This amount may be different from what you may have calculated as *net profit.*

   + $ -8,821.40

23. **Cash on hand at the end of the month**

   Add line 22 + line 19. Report the result here.

   Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

   = $ 231,111.87

   This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**  $ 0.00

   *(Exhibit E)*

Debtor Name Lucci Restaurant Group, LLC.                    Case number 22-03452

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy.  Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                       $ _____ 0.00

   *(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed?                          38
27. What is the number of employees as of the date of this monthly report?             38

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?        $ _____ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _____ 0.00
30. How much have you paid this month in other professional fees?                      $ _____ 1,000.00
31. How much have you paid in total other professional fees since filing the case?     $ _____ 4,075.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

|  | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
|  | **Projected** | **−** | **Actual** | **=** | **Difference** |
|  | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 175,000.00 | − | $ 230,016.68 | = | $ -55,016.68 |
| 33. **Cash disbursements** | $ 200,000.00 | − | $ 238,838.08 | = | $ -38,838.08 |
| 34. **Net cash flow** | $ -25,000.00 | − | $ -8,821.40 | = | $ -16,178.60 |

35. Total projected cash receipts for the next month:                  $ 240,000.00
36. Total projected cash disbursements for the next month:          − $ 250,000.00
37. Total projected net cash flow for the next month:                = $ -10,000.00

Debtor Name Lucci Restaurant Group, LLC.                    Case number 22-03452

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☐ 39. Bank reconciliation reports for each account.

☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☐ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.

Print          Save As...          Reset

# BEVERLY BANK
& T R U S T   C O M P A N Y   N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

13822 TWS495BB043022084539 01 000000000 9 019
LUCCI RESTAURANT GROUP LLC
DIP
D/B/A:BOBBY'S DEERFIELD,A LUCCI
RESTAURA
8754 W SUNSET RD
NILES IL 60714-1823

| | Last Statement: | |
| --- | --- | --- |
| | Statement Ending: | April 30, 2022 |
| | Page: | 1 of 18 |



### Customer Service

**Customer Support:**
773-239-2265

**Branch Hours of Operation:**
Mon-Fri  8:30 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.thebeverlybank.com

## Important Message

*Effective 04/04/2022, all Wintrust Community Banks will be upgraded to be eligible to receive real-time payments sent through the RTP network . Real-time payments represent a new way to receive funds and are settled within seconds. A $1.00 fee will be charged for each real-time payment credit to a business account. For further assistance,please contact your account officer.*

## ENTREPRENEUR CHECKING                    Account Number:    XXXXXX6735

### Balance Summary

| | |
| --- | --- |
| **Beginning Balance as of 03/31/22** | **$0.00** |
| + Deposits and Credits (30) | $445,462.01 |
| - Withdrawals and Debits (151) | $204,393.83 |
| **Ending Balance as of 04/30/22** | **$241,068.18** |
| Service Charge Fees for Period | $0.00 |
| Number of Days in Statement Period | 31 |

## Checks                                    * Indicates a break in check sequence

| Date | Check# | | Amount | Date | Check# | | Amount | Date | Check# | | Amount |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Apr 08 | 1001 | | $717.10 | Apr 26 | 1016 | | $983.72 | Apr 08 | 10025 | * | $15,424.93 |
| Apr 12 | 1002 | | $136.00 | Apr 28 | 1017 | | $2,884.63 | Apr 26 | 10026 | | $937.66 |
| Apr 08 | 1003 | | $3,075.00 | Apr 18 | 1018 | | $1,366.89 | Apr 11 | 10027 | | $498.72 |
| Apr 11 | 1004 | | $3,295.82 | Apr 26 | 1019 | | $660.10 | Apr 11 | 10028 | | $1,661.62 |
| Apr 14 | 1005 | | $822.00 | Apr 22 | 1020 | | $168.00 | Apr 19 | 10029 | | $1,661.62 |
| Apr 18 | 1006 | | $540.03 | Apr 29 | 1021 | | $985.60 | Apr 11 | 10030 | | $1,606.32 |
| Apr 12 | 1007 | | $3,928.57 | Apr 21 | 1041 | * | $125.00 | Apr 12 | 10031 | | $195.24 |
| Apr 12 | 1008 | | $983.00 | Apr 21 | 1042 | | $210.00 | Apr 11 | 10032 | | $1,451.49 |
| Apr 15 | 1009 | | $1,550.00 | Apr 21 | 1044 | * | $102.00 | Apr 11 | 10033 | | $1,043.23 |
| Apr 08 | 1010 | | $1,218.39 | Apr 26 | 1045 | | $1,822.23 | Apr 12 | 10034 | | $1,411.85 |
| Apr 15 | 1011 | | $1,450.00 | Apr 27 | 1046 | | $1,037.05 | Apr 11 | 10035 | | $1,787.76 |
| Apr 15 | 1013 | * | $302.94 | Apr 26 | 1047 | | $989.64 | Apr 11 | 10036 | | $2,007.16 |
| Apr 18 | 1014 | | $1,221.78 | Apr 26 | 1048 | | $11,797.17 | Apr 11 | 10037 | | $745.06 |
| Apr 25 | 1015 | | $188.00 | Apr 27 | 1050 | * | $725.40 | Apr 11 | 10038 | | $1,061.51 |

**BALANCE YOUR ACCOUNT**

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| **TOTAL** |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| | |
| **Subtotal** | |
| | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.



**BEVERLY BANK**
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

**Account Number:** XXXXXX6735
**Statement Date:** 04/30/2022
**Page :** 2 of 18

## Checks (Continued)

*** Indicates a break in check sequence**

| Date | Check# | Amount | Date | Check# | | Amount | Date | Check# | | Amount |
|------|--------|--------|------|--------|---|--------|------|--------|---|--------|
| Apr 26 | 10039 | $1,506.83 | Apr 11 | 10060 | | $369.40 | Apr 26 | 10083 | | $1,724.98 |
| Apr 11 | 10040 | $726.17 | Apr 11 | 10061 | | $325.07 | Apr 26 | 10084 | | $899.71 |
| Apr 19 | 10041 | $1,402.00 | Apr 11 | 10062 | | $107.13 | Apr 26 | 10086 | * | $1,957.11 |
| Apr 13 | 10042 | $1,980.39 | Apr 13 | 10063 | | $369.40 | Apr 26 | 10087 | | $51.32 |
| Apr 13 | 10043 | $2,149.30 | Apr 13 | 10064 | | $562.41 | Apr 26 | 10088 | | $2,149.31 |
| Apr 12 | 10044 | $50.17 | Apr 12 | 10065 | | $294.98 | Apr 25 | 10090 | * | $302.87 |
| Apr 19 | 10045 | $210.37 | Apr 11 | 10066 | | $277.05 | Apr 25 | 10092 | * | $283.10 |
| Apr 13 | 10046 | $228.57 | Apr 28 | 10067 | | $1,792.00 | Apr 25 | 10094 | * | $1,294.16 |
| Apr 12 | 10047 | $865.18 | Apr 25 | 10069 | * | $700.24 | Apr 25 | 10095 | | $1,506.41 |
| Apr 11 | 10048 | $1,152.22 | Apr 28 | 10070 | | $1,661.61 | Apr 28 | 10096 | | $176.73 |
| Apr 11 | 10049 | $1,473.91 | Apr 29 | 10071 | | $1,661.61 | Apr 25 | 10097 | | $1,875.35 |
| Apr 15 | 10050 | $180.53 | Apr 29 | 10072 | | $1,590.17 | Apr 26 | 10098 | | $449.31 |
| Apr 11 | 10051 | $1,875.35 | Apr 26 | 10073 | | $319.73 | Apr 25 | 10099 | | $1,428.38 |
| Apr 20 | 10052 | $444.55 | Apr 25 | 10074 | | $1,244.74 | Apr 28 | 10101 | * | $1,314.77 |
| Apr 25 | 10053 | $1,227.00 | Apr 25 | 10075 | | $1,175.35 | Apr 25 | 10102 | | $530.93 |
| Apr 18 | 10054 | $72.54 | Apr 25 | 10076 | | $1,435.69 | Apr 29 | 10103 | | $1,342.37 |
| Apr 11 | 10055 | $1,314.78 | Apr 25 | 10077 | | $1,787.76 | Apr 25 | 10104 | | $477.76 |
| Apr 11 | 10056 | $470.24 | Apr 25 | 10079 | * | $2,007.16 | Apr 25 | 10105 | | $1,747.22 |
| Apr 11 | 10057 | $773.67 | Apr 26 | 10080 | | $120.61 | Apr 25 | 10106 | | $365.70 |
| Apr 11 | 10058 | $701.83 | Apr 25 | 10081 | | $1,146.31 | Apr 26 | 10107 | | $562.41 |
| Apr 11 | 10059 | $1,461.66 | Apr 25 | 10082 | | $1,479.82 | | | | |

## Debits

| Date | Description | Subtractions |
|------|-------------|--------------|
| Apr 06 | PREAUTHORIZED DEBIT | -$225.00 |
| | EMPIRE COOLER ICE MAKERS 220406 | |
| Apr 08 | CHECK 1001 | -$717.10 |
| Apr 08 | CHECK 1003 | -$3,075.00 |
| Apr 08 | CHECK 1010 | -$1,218.39 |
| Apr 08 | CHECK 1025 | -$15,424.93 |
| Apr 08 | PREAUTHORIZED DEBIT | -$3.72 |
| | BANKCARD 1237 DISCOUNT 220408 513331040224123 | |
| Apr 08 | PREAUTHORIZED DEBIT | -$138.40 |
| | BANKCARD 1237 DISCOUNT 220408 513331040224123 | |
| Apr 11 | CHECK 1004 | -$3,295.82 |
| Apr 11 | CHECK 10027 | -$498.72 |
| Apr 11 | CHECK 10028 | -$1,661.62 |
| Apr 11 | CHECK 10030 | -$1,606.32 |
| Apr 11 | CHECK 10032 | -$1,451.49 |
| Apr 11 | CHECK 10033 | -$1,043.23 |
| Apr 11 | CHECK 10035 | -$1,787.76 |
| Apr 11 | CHECK 10036 | -$2,007.16 |
| Apr 11 | CHECK 10037 | -$745.06 |
| Apr 11 | CHECK 10038 | -$1,061.51 |
| Apr 11 | CHECK 10040 | -$726.17 |
| Apr 11 | CHECK 10048 | -$1,152.22 |
| Apr 11 | CHECK 10049 | -$1,473.91 |
| Apr 11 | CHECK 10051 | -$1,875.35 |
| Apr 11 | CHECK 10055 | -$1,314.78 |
| Apr 11 | CHECK 10056 | -$470.24 |
| Apr 11 | CHECK 10057 | -$773.67 |
| Apr 11 | CHECK 10058 | -$701.83 |
| Apr 11 | CHECK 10059 | -$1,461.66 |
| Apr 11 | CHECK 10060 | -$369.40 |
| Apr 11 | CHECK 10061 | -$325.07 |

13822 0040344 0002-0018 0000000000000000





# BEVERLY BANK
### & TRUST COMPANY N.A.™

**A** WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Account Number:** | XXXXXX6735 |
| **Statement Date:** | 04/30/2022 |
| **Page :** | 3 of 18 |

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Apr 11 | CHECK 10062 | -$107.13 |
| Apr 11 | CHECK 10066 | -$277.05 |
| Apr 11 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 220411 513331040224123 | -$177.41 |
| Apr 11 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 220411 513331040224123 | -$331.32 |
| Apr 11 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 220411 513331040224123 | -$372.30 |
| Apr 11 | PREAUTHORIZED DEBIT<br>COMED PAYMENT BILLPAY 220411 | -$1,955.06 |
| Apr 12 | CHECK 1002 | -$136.00 |
| Apr 12 | CHECK 1007 | -$3,928.57 |
| Apr 12 | CHECK 1008 | -$983.00 |
| Apr 12 | CHECK 10031 | -$195.24 |
| Apr 12 | CHECK 10034 | -$1,411.85 |
| Apr 12 | CHECK 10044 | -$50.17 |
| Apr 12 | CHECK 10047 | -$865.18 |
| Apr 12 | CHECK 10065 | -$294.98 |
| Apr 12 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 220412 513331040224123 | -$6.30 |
| Apr 12 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 220412 513331040224123 | -$208.73 |
| Apr 13 | CHECK 10042 | -$1,980.39 |
| Apr 13 | CHECK 10043 | -$2,149.30 |
| Apr 13 | CHECK 10046 | -$228.57 |
| Apr 13 | CHECK 10063 | -$369.40 |
| Apr 13 | CHECK 10064 | -$562.41 |
| Apr 13 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 220413 513331040224123 | -$12.24 |
| Apr 13 | PREAUTHORIZED DEBIT<br>Breakthru Bevera Payments 220413 | -$627.14 |
| Apr 13 | PREAUTHORIZED DEBIT<br>IL DEPT OF REVEN EDI PYMNTS TXP*455394816000*0<br>112*20220630*T*217 331\ | -$2,173.31 |
| Apr 13 | PREAUTHORIZED DEBIT<br>IRS USATAXPYMT 220413 270250391408708 | -$11,088.15 |
| Apr 14 | CHECK 1005 | -$822.00 |
| Apr 14 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 BTOT ADJ 220414 513331040224123 | -$9.52 |
| Apr 14 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 220414 513331040224123 | -$149.90 |
| Apr 14 | PREAUTHORIZED DEBIT<br>SGWS of IL 3056254171 220414 | -$9,056.44 |
| Apr 15 | CHECK 1009 | -$1,550.00 |
| Apr 15 | CHECK 1011 | -$1,450.00 |
| Apr 15 | CHECK 1013 | -$302.94 |
| Apr 15 | CHECK 10050 | -$180.53 |
| Apr 15 | PREAUTHORIZED DEBIT<br>DELUXE BUS SYS. BUS PRODS 220415 11854864 | -$14.14 |
| Apr 15 | PREAUTHORIZED DEBIT<br>BIG A ICE COMPAN SALE 220415 | -$186.00 |
| Apr 15 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 220415 513331040224123 | -$189.11 |
| Apr 15 | PREAUTHORIZED DEBIT<br>NORTH SHORE GAS PAYMENT 220414 | -$578.41 |
| Apr 18 | CHECK 1006 | -$540.03 |
| Apr 18 | CHECK 1014 | -$1,221.78 |
| Apr 18 | CHECK 1018 | -$1,366.89 |

13822 0040345 0003-0018 0000000000000000000



# BEVERLY BANK
### & TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Account Number:** | XXXXXX6735 |
| **Statement Date:** | 04/30/2022 |
| **Page :** | 4 of 18 |



## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Apr 18 | CHECK  10054 | -$72.54 |
| Apr 18 | PREAUTHORIZED DEBIT | -$160.00 |
| | Smithereen Compa WWP*Smithe 220418 | |
| Apr 18 | PREAUTHORIZED DEBIT | -$186.40 |
| | BANKCARD 1237 DISCOUNT 220418 513331040224123 | |
| Apr 18 | PREAUTHORIZED DEBIT | -$227.66 |
| | BANKCARD 1237 DISCOUNT 220418 513331040224123 | |
| Apr 18 | PREAUTHORIZED DEBIT | -$257.57 |
| | BANKCARD 1237 DISCOUNT 220418 513331040224123 | |
| Apr 18 | PREAUTHORIZED DEBIT | -$270.30 |
| | Chicago Beverage FintechEFT 220418 45-5394816 | |
| Apr 18 | PREAUTHORIZED DEBIT | -$486.74 |
| | COMCAST 8771100 570254043 220418 | |
| Apr 19 | CHECK  10029 | -$1,661.62 |
| Apr 19 | CHECK  10041 | -$1,402.00 |
| Apr 19 | CHECK  10045 | -$210.37 |
| Apr 19 | PREAUTHORIZED DEBIT | -$268.71 |
| | BANKCARD 1237 DISCOUNT 220419 513331040224123 | |
| Apr 20 | CHECK  10052 | -$444.55 |
| Apr 21 | CHECK  1041 | -$125.00 |
| Apr 21 | CHECK  1044 | -$102.00 |
| Apr 21 | PREAUTHORIZED DEBIT | -$185.02 |
| | BANKCARD 1237 DISCOUNT 220421 513331040224123 | |
| Apr 21 | PREAUTHORIZED DEBIT | -$14,081.00 |
| | IL DEPT OF REVEN EDI PYMNTS  TXP*40896609*0411* | |
| | 20220331*T*1408100 \ | |
| Apr 22 | CHECK  1020 | -$168.00 |
| Apr 22 | PREAUTHORIZED DEBIT | -$197.29 |
| | BANKCARD 1237 DISCOUNT 220422 513331040224123 | |
| Apr 22 | PREAUTHORIZED DEBIT | -$2,568.00 |
| | SGWS of IL 3056254171 220422 | |
| Apr 25 | CHECK  1015 | -$188.00 |
| Apr 25 | CHECK  10053 | -$1,227.00 |
| Apr 25 | CHECK  10069 | -$700.24 |
| Apr 25 | CHECK  10074 | -$1,244.74 |
| Apr 25 | CHECK  10075 | -$1,175.35 |
| Apr 25 | CHECK  10076 | -$1,435.69 |
| Apr 25 | CHECK  10077 | -$1,787.76 |
| Apr 25 | CHECK  10079 | -$2,007.16 |
| Apr 25 | CHECK  10081 | -$1,146.31 |
| Apr 25 | CHECK  10082 | -$1,479.82 |
| Apr 25 | CHECK  10090 | -$302.87 |
| Apr 25 | CHECK  10092 | -$283.10 |
| Apr 25 | CHECK  10094 | -$1,294.16 |
| Apr 25 | CHECK  10095 | -$1,506.41 |
| Apr 25 | CHECK  10097 | -$1,875.35 |
| Apr 25 | CHECK  10099 | -$1,428.38 |
| Apr 25 | CHECK  10102 | -$530.93 |
| Apr 25 | CHECK  10104 | -$477.76 |
| Apr 25 | CHECK  10105 | -$1,747.22 |
| Apr 25 | CHECK  10106 | -$365.70 |
| Apr 25 | PREAUTHORIZED DEBIT | -$194.19 |
| | BANKCARD 1237 DISCOUNT 220425 513331040224123 | |
| Apr 25 | PREAUTHORIZED DEBIT | -$254.95 |
| | Kloss Distributi FintechEFT 220425 45-5394816 | |
| Apr 25 | PREAUTHORIZED DEBIT | -$315.99 |
| | BANKCARD 1237 DISCOUNT 220425 513331040224123 | |

13822 0040346 0004-0018 0000000000000000

# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

**Account Number:** XXXXXX6735
**Statement Date:** 04/30/2022
**Page :** 5 of 18

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Apr 25 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 220425 513331040224123 | -$351.67 |
| Apr 26 | CHECK  1016 | -$983.72 |
| Apr 26 | CHECK  1019 | -$660.10 |
| Apr 26 | CHECK  1042 | -$210.00 |
| Apr 26 | CHECK  1045 | -$1,822.23 |
| Apr 26 | CHECK  1047 | -$989.64 |
| Apr 26 | CHECK  1048 | -$11,797.17 |
| Apr 26 | CHECK  10026 | -$937.66 |
| Apr 26 | CHECK  10039 | -$1,506.83 |
| Apr 26 | CHECK  10073 | -$319.73 |
| Apr 26 | CHECK  10080 | -$120.61 |
| Apr 26 | CHECK  10083 | -$1,724.98 |
| Apr 26 | CHECK  10084 | -$899.71 |
| Apr 26 | CHECK  10086 | -$1,957.11 |
| Apr 26 | CHECK  10087 | -$51.32 |
| Apr 26 | CHECK  10088 | -$2,149.31 |
| Apr 26 | CHECK  10098 | -$449.31 |
| Apr 26 | CHECK  10107 | -$562.41 |
| Apr 26 | PREAUTHORIZED DEBIT<br>INLIGHTIN SALE 220426 | -$55.00 |
| Apr 26 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 220426 513331040224123 | -$98.11 |
| Apr 26 | PREAUTHORIZED DEBIT<br>BIG A ICE COMPAN SALE 220426 | -$133.20 |
| Apr 26 | PREAUTHORIZED DEBIT<br>LOUIS GLUNZ BEER FINTECHEFT 220426 45-5394816 | -$461.50 |
| Apr 26 | PREAUTHORIZED DEBIT<br>WINEBOW NY, NJ, PAYMENT 220426 045590000178907 | -$720.00 |
| Apr 26 | PREAUTHORIZED DEBIT<br>Breakthru Bevera Payments 220426 | -$1,864.00 |
| Apr 27 | CHECK  1046 | -$1,037.05 |
| Apr 27 | CHECK  1050 | -$725.40 |
| Apr 27 | PREAUTHORIZED DEBIT<br>IL DEPT OF REVEN EDI PYMNTS TXP*455394816000*0<br>112*20220630*T*235 039\ | -$2,350.39 |
| Apr 27 | PREAUTHORIZED DEBIT<br>IRS USATAXPYMT 220427 270251793067367 | -$11,510.67 |
| Apr 28 | CHECK  1017 | -$2,884.63 |
| Apr 28 | CHECK  10067 | -$1,792.00 |
| Apr 28 | CHECK  10070 | -$1,661.61 |
| Apr 28 | CHECK  10096 | -$176.73 |
| Apr 28 | CHECK  10101 | -$1,314.77 |
| Apr 28 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 220428 513331040224123 | -$284.65 |
| Apr 29 | CHECK  1021 | -$985.60 |
| Apr 29 | CHECK  10071 | -$1,661.61 |
| Apr 29 | CHECK  10072 | -$1,590.17 |
| Apr 29 | CHECK  10103 | -$1,342.37 |
| Apr 29 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 220429 513331040224123 | -$211.78 |
| Apr 29 | PREAUTHORIZED DEBIT<br>IRS USATAXPYMT 220429 270251902374338 | -$1,185.63 |
| Apr 29 | PREAUTHORIZED DEBIT<br>COMED PAYMENT BILLPAY 220429 | -$2,095.18 |

13822 0040347 0005-0018 0000000000000000



# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

**Account Number:** XXXXXX6735
**Statement Date:** 04/30/2022
**Page :** 6 of 18

## Credits

| Date | Description | Additions |
|------|-------------|-----------|
| Apr 04 | CASH MGMT TRSFR CR<br>REF 0940924L FUNDS TRANSFER FRM DEP XXXXX8728 FROM DIP FIRST<br>TRANSFER | $150,000.00 |
| Apr 05 | PREAUTHORIZED CREDIT<br>Tock LLC VERIFY 220405 20854 | $0.92 |
| Apr 05 | PREAUTHORIZED CREDIT<br>Tock LLC VERIFY 220405 20854 | $0.99 |
| Apr 07 | DEPOSIT | $2,820.00 |
| Apr 08 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220408 513331040224123 | $150.00 |
| Apr 08 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220408 513331040224123 | $5,143.36 |
| Apr 11 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220411 513331040224123 | $6,770.35 |
| Apr 11 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220411 513331040224123 | $12,945.02 |
| Apr 11 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220411 513331040224123 | $14,510.57 |
| Apr 12 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220412 513331040224123 | $200.00 |
| Apr 12 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220412 513331040224123 | $8,246.84 |
| Apr 12 | CASH MGMT TRSFR CR<br>REF 1020908L FUNDS TRANSFER FRM DEP XXXXX8728 FROM | $121,000.00 |
| Apr 13 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220413 513331040224123 | $493.70 |
| Apr 14 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 DISCOUNT 220414 513331040224123 | $0.24 |
| Apr 14 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220414 513331040224123 | $5,708.89 |
| Apr 15 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220415 513331040224123 | $7,482.65 |
| Apr 18 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220418 513331040224123 | $7,386.50 |
| Apr 18 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220418 513331040224123 | $8,864.85 |
| Apr 18 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220418 513331040224123 | $10,071.23 |
| Apr 19 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220419 513331040224123 | $10,554.44 |
| Apr 21 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220421 513331040224123 | $6,969.79 |
| Apr 22 | PREAUTHORIZED CREDIT<br>GRUBHUB INC Apr Actvty 220422 220422207zHA9uu | $1,804.84 |
| Apr 22 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220422 513331040224123 | $7,411.38 |
| Apr 25 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220425 513331040224123 | $7,337.32 |
| Apr 25 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220425 513331040224123 | $12,246.21 |
| Apr 25 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220425 513331040224123 | $13,373.43 |
| Apr 26 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220426 513331040224123 | $3,835.97 |
| Apr 28 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220428 513331040224123 | $10,310.39 |
| Apr 29 | PREAUTHORIZED CREDIT<br>GRUBHUB INC Apr Actvty 220429 220429277zHA9uu | $1,836.78 |

13822 0040348 0006-0018 0000000000000000



# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Account Number:** | XXXXXX6735 |
| **Statement Date:** | 04/30/2022 |
| **Page :** | 7 of 18 |

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Apr 29 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220429 513331040224123 | $7,985.35 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|---|---|
| | $0.00 | Apr 11 | $142,515.41 | Apr 18 | $265,420.48 | Apr 25 | $280,383.58 |
| Apr 04 | $150,000.00 | Apr 12 | $263,882.23 | Apr 19 | $272,432.22 | Apr 26 | $253,745.90 |
| Apr 05 | $150,001.91 | Apr 13 | $245,185.02 | Apr 20 | $271,987.67 | Apr 27 | $238,122.39 |
| Apr 06 | $149,776.91 | Apr 14 | $240,856.29 | Apr 21 | $264,464.44 | Apr 28 | $240,318.39 |
| Apr 07 | $152,596.91 | Apr 15 | $243,887.81 | Apr 22 | $270,747.37 | Apr 29 | $241,068.18 |
| Apr 08 | $137,312.73 | | | | | | |



13822 0040349 0007-0018 TWS495BB043022084539 01 L 9



# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

| Account Number: | XXXXXX6735 |
|---|---|
| Statement Date: | 04/30/2022 |
| Page : | 8 of 18 |

## Check Images for Account XXXXXX6735



| 04/07/2022 | | $2,820.00 |
|---|---|---|
| 04/14/2022 | # 1005 | $822.00 |
| 04/08/2022 | # 1001 | $717.10 |
| 04/18/2022 | # 1006 | $540.03 |
| 04/12/2022 | # 1002 | $136.00 |
| 04/12/2022 | # 1007 | $3,928.57 |
| 04/08/2022 | # 1003 | $3,075.00 |
| 04/12/2022 | # 1008 | $983.00 |
| 04/11/2022 | # 1004 | $3,295.82 |
| 04/15/2022 | # 1009 | $1,550.00 |

# BEVERLY BANK

& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

**Account Number:** XXXXXX6735
**Statement Date:** 04/30/2022
**Page :** 9 of 18

## Check Images for Account XXXXXX6735 (Continued)



| | | | |
|---|---|---|---|
| 04/08/2022 | # 1010 | $1,218.39 | |
| 04/26/2022 | # 1016 | $983.72 | |
| 04/15/2022 | # 1011 | $1,450.00 | |
| 04/28/2022 | # 1017 | $2,884.63 | |
| 04/15/2022 | # 1013 | $302.94 | |
| 04/18/2022 | # 1018 | $1,366.89 | |
| 04/18/2022 | # 1014 | $1,221.78 | |
| 04/26/2022 | # 1019 | $660.10 | |
| 04/25/2022 | # 1015 | $188.00 | |
| 04/22/2022 | # 1020 | $168.00 | |

# BEVERLY BANK
### & TRUST COMPANY N.A.™

## A WINTRUST COMMUNITY BANK
9801 W. Higgins, Box 32, Rosemont, IL 60018

## Check Images for Account XXXXXX6735 (Continued)



| 04/29/2022 | # 1021 | $985.60 |
|---|---|---|
| 04/27/2022 | # 1046 | $1,037.05 |
| 04/21/2022 | # 1041 | $125.00 |
| 04/26/2022 | # 1047 | $989.64 |
| 04/26/2022 | # 1042 | $210.00 |
| 04/26/2022 | # 1048 | $11,797.17 |
| 04/21/2022 | # 1044 | $102.00 |
| 04/27/2022 | # 1050 | $725.40 |
| 04/26/2022 | # 1045 | $1,822.23 |
| 04/08/2022 | # 10025 | $15,424.93 |




# BEVERLY BANK
### & TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Check Images for Account XXXXXX6735 (Continued)

| | | | |
|---|---|---|---|
| 04/26/2022 | # 10026 | $937.66 | |
| 04/11/2022 | # 10027 | $498.72 | |
| 04/11/2022 | # 10028 | $1,661.62 | |
| 04/19/2022 | # 10029 | $1,661.62 | |
| 04/11/2022 | # 10030 | $1,606.32 | |
| 04/12/2022 | # 10031 | $195.24 | |
| 04/11/2022 | # 10032 | $1,451.49 | |
| 04/11/2022 | # 10033 | $1,043.23 | |
| 04/12/2022 | # 10034 | $1,411.85 | |
| 04/11/2022 | # 10035 | $1,787.76 | |

**Check #10026** — Lucci Restaurant Group, LLC DIP, 695 Deerfield Rd, Deerfield, IL 60015. Pay to the order of: Dana Afelto. "Nine Hundred Thirty-Seven And 66/100 Dollars" $937.66. Dana Afelto, 1800 Newport Rd, Downers Grove, IL 60516. Check date: 04/08/22. #10026

**Check #10027** — Lucci Restaurant Group, LLC DIP, 695 Deerfield Rd, Deerfield, IL 60015. Pay to the order of: Abel Arias. "Four Hundred Ninety-Eight And 72/100 Dollars" $498.72. Abel Arias, 174 6th St, Wheeling, IL 60050. Check date: 04/08/22. #10027

**Check #10028** — Lucci Restaurant Group, LLC DIP, 699 Deerfield Rd, Deerfield, IL 60015. Pay to the order of: Agim Arifi. "One Thousand Six Hundred Sixty-One And 62/100 Dollars" $1,661.62. Agim Arifi, 6530 W. Stolting Rd., Niles, IL 60714. Check date: 04/08/22. #10028

**Check #10029** — Lucci Restaurant Group, LLC DIP, 695 Deerfield Rd, Deerfield, IL 60015. Pay to the order of: Bashkim Arifi. "One Thousand Six Hundred Sixty-One And 62/100 Dollars" $1,661.62. Bashkim Arifi, 8729 W Stolting Rd, Niles, IL 60714. Check date: 04/08/22. #10029

**Check #10030** — Lucci Restaurant Group, LLC DIP, 695 Deerfield Rd, Deerfield, IL 60015. Pay to the order of: Betim B Arifi. "One Thousand Six Hundred Six And 32/100 Dollars" $1,606.32. Betim B Arifi, 8754 W. Sunset Rd, Niles, IL 60714. Check date: 04/08/22. #10030

**Check #10031** — Lucci Restaurant Group, LLC DIP, 695 Deerfield Rd, Deerfield, IL 60015. Pay to the order of: Jack S Aronson. "One Hundred Ninety-Five And 24/100 Dollars" $195.24. Jack S Aronson, 311 Earls Ct, Deerfield, IL 60015. Check date: 04/08/22. 10031

**Check #10032** — Lucci Restaurant Group, LLC DIP, 695 Deerfield Rd, Deerfield, IL 60015. Pay to the order of: Lizeth Barajas. "One Thousand Four Hundred Fifty-One And 49/100 Dollars" $1,451.49. Lizeth Barajas, 1080 Manor Ln, Mundelein, IL 60060. Check date: 04/08/22. 10032

**Check #10033** — Lucci Restaurant Group, LLC DIP, 695 Deerfield Rd, Deerfield, IL 60015. Pay to the order of: Miguel Bernal. "One Thousand Forty-Three And 23/100 Dollars" $1,043.23. Miguel Bernal, 3423 Michael Ave, Park City, IL 60085. Check date: 04/08/22. 10033

**Check #10034** — Lucci Restaurant Group, LLC DIP, 695 Deerfield Rd, Deerfield, IL 60015. Pay to the order of: Gilberto Catalan. "One Thousand Four Hundred Eleven And 85/100 Dollars" $1,411.85. Gilberto Catalan, 324 Green Bay Rd Apt 2, Highwood, IL 60040. Check date: 04/08/22. 10034

**Check #10035** — Lucci Restaurant Group, LLC DIP, 695 Deerfield Rd, Deerfield, IL 60015. Pay to the order of: Jose L Cisneros. "One Thousand Seven Hundred Eighty-Seven And 76/100 Dollars" $1,787.76. Jose L Cisneros, 1418 Carol St Apt A, Park Ridge, IL 60068. Check date: 04/08/22. 10035

13822 0040353 0011-0018 0000000000000000000



# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

Account Number: XXXXXX6735
Statement Date: 04/30/2022
Page : 12 of 18

## Check Images for Account XXXXXX6735 (Continued)

| Date | Check # | Amount |
|------|---------|--------|
| 04/11/2022 | # 10036 | $2,007.16 |
| 04/19/2022 | # 10041 | $1,402.00 |
| 04/11/2022 | # 10037 | $745.06 |
| 04/13/2022 | # 10042 | $1,980.39 |
| 04/11/2022 | # 10038 | $1,061.51 |
| 04/13/2022 | # 10043 | $2,149.30 |
| 04/26/2022 | # 10039 | $1,506.83 |
| 04/12/2022 | # 10044 | $50.17 |
| 04/11/2022 | # 10040 | $726.17 |
| 04/19/2022 | # 10045 | $210.37 |

# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Check Images for Account XXXXXX6735 (Continued)

| | | | | | |
|---|---|---|---|---|---|
| 04/13/2022 | # 10046 | $228.57 | 04/11/2022 | # 10051 | $1,875.35 |
| 04/12/2022 | # 10047 | $865.18 | 04/20/2022 | # 10052 | $444.55 |
| 04/11/2022 | # 10048 | $1,152.22 | 04/25/2022 | # 10053 | $1,227.00 |
| 04/11/2022 | # 10049 | $1,473.91 | 04/18/2022 | # 10054 | $72.54 |
| 04/15/2022 | # 10050 | $180.53 | 04/11/2022 | # 10055 | $1,314.78 |



13822 0040355 0013-0018 00000000000000000000

# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| Account Number: | XXXXXX6735 |
| Statement Date: | 04/30/2022 |
| Page : | 14 of 18 |

## Check Images for Account XXXXXX6735 (Continued)



| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 04/11/2022 | # 10056 | $470.24 | 04/11/2022 | # 10061 | $325.07 |
| 04/11/2022 | # 10057 | $773.67 | 04/11/2022 | # 10062 | $107.13 |
| 04/11/2022 | # 10058 | $701.83 | 04/13/2022 | # 10063 | $369.40 |
| 04/11/2022 | # 10059 | $1,461.66 | 04/13/2022 | # 10064 | $562.41 |
| 04/11/2022 | # 10060 | $369.40 | 04/12/2022 | # 10065 | $294.98 |

# BEVERLY BANK
### & TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

Account Number:      XXXXXX6735
Statement Date:       04/30/2022
Page :                15 of 18

## Check Images for Account XXXXXX6735 (Continued)

| | | | |
|---|---|---|---|
| 04/11/2022 | # 10066 | $277.05 | |
| 04/29/2022 | # 10072 | $1,590.17 | |
| 04/28/2022 | # 10067 | $1,792.00 | |
| 04/26/2022 | # 10073 | $319.73 | |
| 04/25/2022 | # 10069 | $700.24 | |
| 04/25/2022 | # 10074 | $1,244.74 | |
| 04/28/2022 | # 10070 | $1,661.61 | |
| 04/25/2022 | # 10075 | $1,175.35 | |
| 04/29/2022 | # 10071 | $1,661.61 | |
| 04/25/2022 | # 10076 | $1,435.69 | |



13822 0040357 0015-0018 0000000000000000

# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

Account Number:  XXXXXX6735
Statement Date:  04/30/2022
Page :  16 of 18

## Check Images for Account XXXXXX6735 (Continued)



| 04/25/2022 | # 10077 | $1,787.76 |
| 04/26/2022 | # 10083 | $1,724.98 |
| 04/25/2022 | # 10079 | $2,007.16 |
| 04/26/2022 | # 10084 | $899.71 |
| 04/26/2022 | # 10080 | $120.61 |
| 04/26/2022 | # 10086 | $1,957.11 |
| 04/25/2022 | # 10081 | $1,146.31 |
| 04/26/2022 | # 10087 | $51.32 |
| 04/25/2022 | # 10082 | $1,479.82 |
| 04/26/2022 | # 10088 | $2,149.31 |

# BEVERLY BANK
### & TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Check Images for Account XXXXXX6735 (Continued)





| | | |
|---|---|---|
| 04/25/2022 | # 10090 | $302.87 |
| 04/25/2022 | # 10097 | $1,875.35 |
| 04/25/2022 | # 10092 | $283.10 |
| 04/26/2022 | # 10098 | $449.31 |
| 04/25/2022 | # 10094 | $1,294.16 |
| 04/25/2022 | # 10099 | $1,428.38 |
| 04/25/2022 | # 10095 | $1,506.41 |
| 04/28/2022 | # 10101 | $1,314.77 |
| 04/28/2022 | # 10096 | $176.73 |
| 04/25/2022 | # 10102 | $530.93 |

13822 0040359 0017-0018 00000000000000000

# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Account Number:** | XXXXXX6735 |
| **Statement Date:** | 04/30/2022 |
| **Page :** | 18 of 18 |

## Check Images for Account XXXXXX6735 (Continued)



| 04/29/2022 | # 10103 | $1,342.37 |
|---|---|---|



| 04/25/2022 | # 10106 | $365.70 |
|---|---|---|

| 04/25/2022 | # 10104 | $477.76 |
|---|---|---|

| 04/26/2022 | # 10107 | $562.41 |
|---|---|---|

| 04/25/2022 | # 10105 | $1,747.22 |
|---|---|---|



# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018



9242 TWS495BB043022084539 01 000000000 8 006
LUCCI RESTAURANT GROUP LLC
D/B/A:BOBBY'S DEERFIELD,A LUCCI
RESTAURA
8754 W SUNSET RD
NILES IL 60714-1823

**Last Statement:** March 31, 2022
**Statement Ending:** April 29, 2022
**Page:** 1 of 5



## Customer Service

**Customer Support:**
773-239-2265

**Branch Hours of Operation:**
Mon-Fri   8:30 am - 5:00 pm
Saturday 9:00 am - 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.thebeverlybank.com

## Important Message

*Effective 04/04/2022, all Wintrust Community Banks will be upgraded to be eligible to receive real-time payments sent through the RTP network . Real-time payments represent a new way to receive funds and are settled within seconds. A $1.00 fee will be charged for each real-time payment credit to a business account. For further assistance, please contact your account officer.*

## COMMERCIAL CHECKING                    Account Number:    XXXXXX8728

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 04/01/22** | **$294,524.75** |
| + Deposits and Credits (11) | $57,513.96 |
| - Withdrawals and Debits (30) | $283,667.56 |
| **Ending Balance as of 04/29/22** | **$68,262.87** |
| Service Charge Fees for Period | $108.28 |
| Number of Days in Statement Period | 29 |

## Checks                                  * Indicates a break in check sequence

| Date | Check# | | Amount | Date | Check# | | Amount | Date | Check# | | Amount |
|------|--------|---|--------|------|--------|---|--------|------|--------|---|--------|
| Apr 13 | 1810 | | $75.00 | Apr 04 | 1825 | | $438.32 | Apr 01 | 13478 | * | $1,331.00 |
| Apr 13 | 1811 | | $179.00 | Apr 05 | 1829 | * | $837.70 | Apr 19 | 13485 | * | $1,582.13 |
| Apr 12 | 1814 | * | $551.83 | Apr 01 | 13439 | * | $637.54 | Apr 11 | 13489 | * | $223.45 |
| Apr 04 | 1822 | * | $200.00 | Apr 19 | 13440 | | $1,033.57 | Apr 01 | 13493 | * | $865.18 |
| Apr 01 | 1823 | | $150.00 | Apr 08 | 13456 | * | $374.42 | Apr 08 | 13499 | * | $355.69 |
| Apr 01 | 1824 | | $492.85 | | | | | | | | |



## Debits

| Date | Description | Subtractions |
|------|-------------|--------------|
| Apr 01 | CHECK  1823 | -$150.00 |
| Apr 01 | CHECK  1824 | -$492.85 |

# BEVERLY BANK
### & TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

Account Number: XXXXXX8728
Statement Date: 04/29/2022
Page : 5 of 5

## Check Images for Account XXXXXX8728 (Continued)

| | |
|---|---|
| Lucci Restaurant Group, LLC — 695 Deerfield Rd, Deerfield, IL 60015 — Check date: 03/11/22 — # 13456 — Pay to the order of: Jorge Rocha — **Three Hundred Seventy-Four And 42/100 Dollars** — $ 374.42 — Jorge Rocha, 144 Green Bay Rd, Highwood, IL 60040 | Lucci Restaurant Group, LLC — 695 Deerfield Rd, Deerfield, IL 60015 — Check date: 03/25/22 — # 13489 — Pay to the order of: William Holtz — **Two Hundred Twenty-Three And 45/100 Dollars** — $ 223.45 — William Holtz, 926 Rosemary Ter, Deerfield, IL 60015 |
| 04/08/2022    # 13456    $374.42 | 04/11/2022    # 13489    $223.45 |
| Lucci Restaurant Group, LLC — 695 Deerfield Rd, Deerfield, IL 60015 — Check date: 03/25/22 — # 13478 — Pay to the order of: Gilberto Catalan — **One Thousand Three Hundred Thirty-One And 00/100 Dollars** — $ 1,331.00 — Gilberto Catalan, 324 Green Bay Rd Apt 2, Highwood, IL 60040 | Lucci Restaurant Group, LLC — 695 Deerfield Rd, Deerfield, IL 60015 — Check date: 03/25/22 — # 13493 — Pay to the order of: Heather Marszalek — **Eight Hundred Sixty-Five And 18/100 Dollars** — $ 865.18 — Heather Marszalek, 233 N Prairie Ave, Mundelein, IL 60060 |
| 04/01/2022    # 13478    $1,331.00 | 04/01/2022    # 13493    $865.18 |
| Lucci Restaurant Group, LLC — 695 Deerfield Rd, Deerfield, IL 60015 — Check date: 03/25/22 — # 13485 — Pay to the order of: Juan Garcia-Rodriguez — **One Thousand Five Hundred Eighty-Two And 13/100 Dollars** — $ 1,582.13 — Juan Garcia-Rodriguez, 428 Harvin Pl, Wheeling, IL 60005 | Lucci Restaurant Group, LLC — 695 Deerfield Rd, Deerfield, IL 60015 — Check date: 03/25/22 — # 13499 — Pay to the order of: Jorge Rocha — **Three Hundred Fifty-Five And 69/100 Dollars** — $ 355.69 — Jorge Rocha, 144 Green Bay Rd, Highwood, IL 60040 |
| 04/19/2022    # 13485    $1,582.13 | 04/08/2022    # 13499    $355.69 |

9242 0026856 0005-0005 00000000000000000



# BEVERLY BANK
### & TRUST COMPANY N.A.™

**Account Number:** XXXXXX8728
**Statement Date:** 04/29/2022
**Page :** 4 of 5

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Check Images for Account XXXXXX8728



| 04/13/2022 | # 1810 | $75.00 |
| 04/01/2022 | # 1824 | $492.85 |
| 04/13/2022 | # 1811 | $179.00 |
| 04/04/2022 | # 1825 | $438.32 |
| 04/12/2022 | # 1814 | $551.83 |
| 04/05/2022 | # 1829 | $837.70 |
| 04/04/2022 | # 1822 | $200.00 |
| 04/01/2022 | # 13439 | $637.54 |
| 04/01/2022 | # 1823 | $150.00 |
| 04/19/2022 | # 13440 | $1,033.57 |





# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

**Account Number:** XXXXXX8728
**Statement Date:** 04/29/2022
**Page :** 3 of 5

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Apr 04 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220404 513331040224123 | $13,374.43 |
| Apr 04 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220404 513331040224123 | $14,254.56 |
| Apr 05 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220405 513331040224123 | $5,350.53 |
| Apr 07 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 220407 513331040224123 | $8,974.97 |
| Apr 08 | PREAUTHORIZED CREDIT<br>GRUBHUB INC Apr Actvty 220408 220408067zHA9uu | $895.26 |
| Apr 08 | PREAUTHORIZED CREDIT<br>GRUBHUB INC Mar Actvty 220408 220408017zHA9uu | $972.89 |
| Apr 13 | MAINT FEE REFUND<br>CHECK ORDER ERROR, REFUNDED | $270.39 |
| Apr 15 | PREAUTHORIZED CREDIT<br>GRUBHUB INC Apr Actvty 220415 220415137zHA9uu | $1,650.01 |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Mar 31 | $294,524.75 | Apr 07 | $191,318.79 | Apr 12 | $69,824.45 | Apr 18 | $71,382.57 |
| Apr 01 | $297,198.10 | Apr 08 | $192,456.83 | Apr 13 | $69,840.84 | Apr 19 | $68,766.87 |
| Apr 04 | $178,469.44 | Apr 11 | $192,052.28 | Apr 15 | $71,490.85 | Apr 25 | $68,262.87 |
| Apr 05 | $182,574.21 | | | | | | |



# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Account Number:** | XXXXXX8728 |
| **Statement Date:** | 04/29/2022 |
| **Page :** | 2 of 5 |

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Apr 01 | CHECK 13439 | -$637.54 |
| Apr 01 | CHECK 13478 | -$1,331.00 |
| Apr 01 | CHECK 13493 | -$865.18 |
| Apr 01 | PREAUTHORIZED DEBIT | -$136.41 |
| | BANKCARD 1237 DISCOUNT 220401 513331040224123 | |
| Apr 04 | CHECK 1822 | -$200.00 |
| Apr 04 | CHECK 1825 | -$438.32 |
| Apr 04 | CASH MGMT TRSFR DR | -$150,000.00 |
| | REF 0940924L FUNDS TRANSFER TO DEP XXXXXX6735 FROM DIP FIRST TRANSFER | |
| Apr 04 | PREAUTHORIZED DEBIT | -$129.25 |
| | BANKCARD 1237 MTOT DISC 220404 513331040224123 | |
| Apr 04 | PREAUTHORIZED DEBIT | -$140.76 |
| | BANKCARD 1237 DISCOUNT 220404 513331040224123 | |
| Apr 04 | PREAUTHORIZED DEBIT | -$218.99 |
| | Tock LLC Subscr Fee 220404 | |
| Apr 04 | PREAUTHORIZED DEBIT | -$344.51 |
| | BANKCARD 1237 DISCOUNT 220404 513331040224123 | |
| Apr 04 | PREAUTHORIZED DEBIT | -$370.41 |
| | BANKCARD 1237 DISCOUNT 220404 513331040224123 | |
| Apr 05 | CHECK 1829 | -$837.70 |
| Apr 05 | PREAUTHORIZED DEBIT | -$137.67 |
| | BANKCARD 1237 DISCOUNT 220405 513331040224123 | |
| Apr 05 | PREAUTHORIZED DEBIT | -$270.39 |
| | DELUXE BUS SYS. BUS PRODS 220405 11777273 | |
| Apr 07 | PREAUTHORIZED DEBIT | -$230.39 |
| | BANKCARD 1237 DISCOUNT 220407 513331040224123 | |
| Apr 08 | CHECK 13456 | -$374.42 |
| Apr 08 | CHECK 13499 | -$355.69 |
| Apr 11 | CHECK 13489 | -$223.45 |
| Apr 11 | PREAUTHORIZED DEBIT | -$181.10 |
| | Kloss Distributi FintechEFT 220411 45-5394816 | |
| Apr 12 | CHECK 1814 | -$551.83 |
| Apr 12 | CASH MGMT TRSFR DR | -$121,000.00 |
| | REF 1020908L FUNDS TRANSFER TO DEP XXXXXX6735 FROM | |
| Apr 12 | PREAUTHORIZED DEBIT | -$676.00 |
| | Chicago Beverage FintechEFT 220412 45-5394816 | |
| Apr 13 | CHECK 1810 | -$75.00 |
| Apr 13 | CHECK 1811 | -$179.00 |
| Apr 18 | MAINTENANCE FEE | -$108.28 |
| | ANALYSIS ACTIVITY FOR 03/22 | |
| Apr 19 | CHECK 13440 | -$1,033.57 |
| Apr 19 | CHECK 13485 | -$1,582.13 |
| Apr 25 | PREAUTHORIZED DEBIT | -$504.00 |
| | UpServe 04252022AR 220425 PY346327 | |



## Credits

| Date | Description | Additions |
|---|---|---|
| Apr 01 | PREAUTHORIZED CREDIT | $1,196.33 |
| | GRUBHUB INC Mar Actvty 220401 220401307zHA9uu | |
| Apr 01 | PREAUTHORIZED CREDIT | $5,090.00 |
| | BANKCARD 1237 MTOT DEP 220401 513331040224123 | |
| Apr 04 | PREAUTHORIZED CREDIT | $5,484.59 |
| | BANKCARD 1237 MTOT DEP 220404 513331040224123 | |

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
|           |        |
| TOTAL     |        |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement | |
| **Add** deposits made by you, but not shown on this statement. | |
| | |
| | |
| | |
| **Subtotal** | |
| 3. **List** total of checks outstanding | |
| **Subtract** check total from above Subtotal | |
| | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check addtions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.