

# Prepared Food and Beverage Tax
## Monthly Remittance Form

Collection Period: Month _November_ Year _2022_   Due Date: The 20ᵗʰ Day of the Following Month

Business Name: _Lucci Restaurant Group, LLC_

Business Address: _695 Deerfield Rd._

Preparer's Name: _Peter Bryniarski_        Preparer's Telephone: _773-763-7500_

Village of Deerfield Customer ID #: _____

### Computation of Prepared Food and Beverage Tax Liability

**Line 1**  State of Illinois Taxable Receipts
(Line 3 of IDOR ST-1) ............................................ $ _189,091.00_

**Line 2**  Village of Deerfield Deductions, if applicable
(from Schedule FB, Line 5) ............................. $ _/_

**Line 3**  Village of Deerfield Taxable Receipts
(subtract Line 2 from Line 1) ...................... $ _189,091.00_

**Line 4**  Village of Deerfield Prepared Food and Beverage Tax
(Line 3 times 1% (.01) ................................... $ _1891.00_

**Line 5**  Late Payment Penalty
Interest charge of 2% per month .......................... $ _0_

**Line 6**  Total Tax and Penalty, if applicable
(Line 4 plus Line 5) ................................ ➡ $ _1,891.00_

**Mail this completed return and check for the amount shown on Line 6, along with a copy of the Illinois
Department of Revenue Form ST-1 to:**

Village of Deerfield
Food and Beverage Tax Returns
850 Waukegan Road
Deerfield, Illinois 60015

I hereby affirm that I have examined this return and, to the best of my knowledge and belief, the information
presented is true, accurate and complete. I further declare that the information set forth is taken from the books
and records of the business for which this return is filed.

_____ Accountant        12/19/2022
Signature and Title of Preparer                Date

Should you have any questions or need additional information, please call the Village of Deerfield at
847.945.5000

1                                F/B Tax (R-12/16)



# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK
9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Last Statement:** | November 30, 2022 |
| **Statement Ending:** | December 31, 2022 |
| **Page:** | 1 of 24 |



**Customer Service**

**Customer Support:**
773-239-2265

**Branch Hours of Operation:**
Mon-Fri  8:30 am – 5:00 pm
Saturday 9:00 am – 1:00 pm

**Customer Contact Center Hours:**
Mon - Fri 7:00 am - 8:00 pm
Saturday 7:00 am - 5:00 pm

**Access Your Account Online:**
www.thebeverlybank.com

18211 TWS495BB123122082749 01 000000000 18 025
LUCCI RESTAURANT GROUP LLC
DIP
D/B/A:BOBBY'S DEERFIELD,A LUCCI
RESTAURA
8754 W SUNSET RD
NILES IL 60714-1823

## ENTREPRENEUR CHECKING

**Account Number:** XXXXXX6735

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 12/01/22** | **$175,892.78** |
| + Deposits and Credits (45) | $268,102.24 |
| - Withdrawals and Debits (219) | $255,510.07 |
| **Ending Balance as of 12/31/22** | **$188,446.55** |
| Analysis or Maintenance Fees for Period | $38.40 |
| Number of Days in Statement Period | 31 |

## Checks                    * Indicates a break in check sequence

| Date | Check# | | Amount | Date | Check# | | Amount | Date | Check# | | Amount |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Dec 05 | 1378 | | $1,327.80 | Dec 16 | 1434 | | $2,971.00 | Dec 05 | 10779 | | $1,661.61 |
| Dec 06 | 1397 | * | $558.35 | Dec 12 | 1435 | | $2,749.15 | Dec 06 | 10780 | | $1,590.18 |
| Dec 08 | 1398 | | $333.35 | Dec 13 | 1437 | * | $268.03 | Dec 05 | 10781 | | $1,049.93 |
| Dec 05 | 1399 | | $1,085.99 | Dec 22 | 1438 | | $932.57 | Dec 09 | 10782 | | $1,310.42 |
| Dec 01 | 1401 | * | $2,700.00 | Dec 16 | 1439 | | $1,307.82 | Dec 05 | 10783 | | $62.36 |
| Dec 01 | 1406 | * | $867.98 | Dec 16 | 1440 | | $652.28 | Dec 06 | 10784 | | $1,980.73 |
| Dec 01 | 1407 | | $206.25 | Dec 19 | 1441 | | $1,707.52 | Dec 05 | 10785 | | $2,007.16 |
| Dec 16 | 1409 | * | $621.26 | Dec 20 | 1442 | | $526.57 | Dec 05 | 10786 | | $474.08 |
| Dec 01 | 1410 | | $1,099.86 | Dec 23 | 1443 | | $1,325.20 | Dec 27 | 10787 | | $174.31 |
| Dec 02 | 1413 | * | $1,828.69 | Dec 22 | 1444 | | $355.75 | Dec 12 | 10788 | | $1,341.83 |
| Dec 06 | 1414 | | $2,084.98 | Dec 20 | 1446 | * | $3,269.79 | Dec 05 | 10789 | | $1,203.85 |
| Dec 01 | 1416 | * | $160.00 | Dec 27 | 1447 | | $292.67 | Dec 06 | 10790 | | $1,917.42 |
| Dec 05 | 1417 | | $818.48 | Dec 28 | 1448 | | $415.38 | Dec 29 | 10791 | | $1,760.70 |
| Dec 07 | 1418 | | $1,240.07 | Dec 29 | 1451 | * | $835.34 | Dec 16 | 10792 | | $2,250.80 |
| Dec 09 | 1419 | | $111.00 | Dec 30 | 1454 | * | $2,498.41 | Dec 05 | 10793 | | $602.64 |
| Dec 06 | 1420 | | $1,047.89 | Dec 29 | 1455 | | $7,292.16 | Dec 06 | 10794 | | $106.93 |
| Dec 05 | 1421 | | $2,355.55 | Dec 28 | 1457 | * | $1,000.00 | Dec 09 | 10795 | | $681.64 |
| Dec 12 | 1422 | | $1,000.00 | Dec 27 | 1458 | | $1,060.18 | Dec 08 | 10797 | * | $135.47 |
| Dec 12 | 1424 | * | $684.00 | Dec 28 | 1470 | * | $1,689.20 | Dec 06 | 10799 | * | $582.16 |
| Dec 12 | 1425 | | $15,424.93 | Dec 05 | 10656 | * | $964.67 | Dec 06 | 10800 | | $1,406.32 |
| Dec 05 | 1427 | * | $1,773.94 | Dec 02 | 10740 | * | $1,822.18 | Dec 06 | 10801 | | $537.40 |
| Dec 12 | 1428 | | $563.85 | Dec 12 | 10745 | | $1,525.67 | Dec 05 | 10802 | | $323.05 |
| Dec 13 | 1429 | | $330.66 | Dec 08 | 10754 | * | $211.73 | Dec 13 | 10803 | | $946.11 |
| Dec 12 | 1430 | | $1,279.00 | Dec 05 | 10775 | * | $306.98 | Dec 20 | 10804 | | $865.17 |
| Dec 12 | 1431 | | $241.00 | Dec 19 | 10776 | | $937.67 | Dec 05 | 10805 | | $59.70 |
| Dec 19 | 1432 | | $441.00 | Dec 05 | 10777 | | $772.52 | Dec 09 | 10806 | | $115.44 |
| Dec 15 | 1433 | | $335.78 | Dec 05 | 10778 | | $1,661.61 | Dec 07 | 10807 | | $1,232.01 |



## BALANCE YOUR ACCOUNT

1. Check off (✓) checks appearing on your statement. Those checks not checked off (✓) should be recorded in the checks outstanding column below.

**Checks/Withdrawals Outstanding**

| Check No. | Amount |
|-----------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **TOTAL** |  |

| | |
|---|---|
| 2. **Enter** the Bank Balance shown on this statement |  |
| **Add** deposits made by you, but not shown on this statement. |  |
|  |  |
|  |  |
|  |  |
|  |  |
| **Subtotal** |  |
| 3. **List** total of checks outstanding |  |
| **Subtract** check total from above Subtotal |  |
|  | The number above should match your checkbook balance |

*Helpful Suggestions For Finding Differences*

1. *Review last month's statement to make sure any differences were corrected.*
2. *Check additions and subtractions in your checkbook.*
3. *Compare the amount of each check and deposit on this statement with the amount recorded in your checkbook.*
4. *Make sure all outstanding checks have been listed, including those that may not have been paid from the previous statement.*
5. *Make sure that any electronic fund transfers or automatic payments are recorded in your checkbook.*

---

**Important Information**

**In Case of Errors or Questions About Your Electronic Transfers.** Telephone us or write us using the telephone number or address listed on the front of this statement, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than sixty (60) days after we sent the FIRST statement on which the problem or error appeared.

- Tell us your name and account number (if any).
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. For consumer accounts, if we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation.

**How Your Finance Charge (If Any) is calculated.** If this statement includes billing information regarding a personal line of credit, the finance charge for each statement (loan) period is calculated by applying the applicable daily periodic rate(s) to the daily balances(including current transactions). To get daily balances, we take the beginning principle balance of your account each day, add any new loans or charges and subtract any payment or credits. Then, we multiply the daily balance each day of the statement period by the applicable daily periodic rate(s). We then add up all of these daily finance charges to get your total finance charge.

**In Case of Errors or Questions About Your Personal Line of Credit (This is a Summary of Your Billing Rights).** If you think your bill is wrong, or if you need more information about a transaction on your bill, write us on a separate sheet at the address shown on the front of your statement as soon as possible. We must hear from you no later than sixty (60) days after we sent the first bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information:
- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about. You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

# BEVERLY BANK
### & TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

**Account Number:** XXXXXX6735
**Statement Date:** 12/31/2022
**Page :** 2 of 24

## Checks (Continued)                    * Indicates a break in check sequence

| Date | Check# | Amount | Date | Check# | | Amount | Date | Check# | | Amount |
|------|--------|--------|------|--------|---|--------|------|--------|---|--------|
| Dec 05 | 10808 | $509.70 | Dec 19 | 10829 | | $823.98 | Dec 20 | 10853 | | $609.83 |
| Dec 05 | 10809 | $578.19 | Dec 27 | 10830 | | $1,661.61 | Dec 19 | 10854 | | $151.51 |
| Dec 05 | 10810 | $1,371.63 | Dec 28 | 10831 | | $1,661.61 | Dec 20 | 10855 | | $865.17 |
| Dec 14 | 10811 | $1,050.44 | Dec 19 | 10832 | | $1,590.18 | Dec 27 | 10856 | | $51.57 |
| Dec 05 | 10812 | $1,837.70 | Dec 19 | 10833 | | $173.16 | Dec 20 | 10857 | | $759.55 |
| Dec 05 | 10813 | $996.86 | Dec 19 | 10834 | | $1,447.96 | Dec 19 | 10858 | | $2,170.83 |
| Dec 05 | 10814 | $2,070.73 | Dec 28 | 10835 | | $1,337.92 | Dec 20 | 10859 | | $151.87 |
| Dec 05 | 10815 | $850.11 | Dec 19 | 10836 | | $399.43 | Dec 19 | 10861 | * | $1,109.95 |
| Dec 05 | 10816 | $960.43 | Dec 19 | 10837 | | $1,980.75 | Dec 19 | 10862 | | $1,286.89 |
| Dec 05 | 10817 | $1,445.79 | Dec 19 | 10838 | | $2,007.15 | Dec 20 | 10863 | | $1,871.83 |
| Dec 08 | 10818 | $1,314.78 | Dec 19 | 10839 | | $255.77 | Dec 19 | 10865 | * | $721.64 |
| Dec 12 | 10819 | $36.71 | Dec 19 | 10841 | * | $1,147.85 | Dec 19 | 10866 | | $2,020.35 |
| Dec 16 | 10820 | $783.79 | Dec 29 | 10843 | * | $1,900.62 | Dec 19 | 10867 | | $1,198.70 |
| Dec 06 | 10821 | $1,442.67 | Dec 20 | 10845 | * | $1,086.37 | Dec 19 | 10868 | | $1,163.69 |
| Dec 05 | 10822 | $369.40 | Dec 20 | 10846 | | $106.46 | Dec 19 | 10869 | | $1,253.33 |
| Dec 05 | 10823 | $107.13 | Dec 23 | 10847 | | $64.34 | Dec 19 | 10870 | | $1,314.77 |
| Dec 05 | 10825 | * $230.87 | Dec 30 | 10849 | * | $242.84 | Dec 28 | 10871 | | $1,168.34 |
| Dec 05 | 10826 | $277.05 | Dec 27 | 10851 | * | $717.38 | Dec 20 | 10872 | | $1,514.97 |
| Dec 19 | 10827 | $439.93 | Dec 21 | 10852 | | $1,514.75 | Dec 28 | 10873 | | $1,891.00 |
| Dec 19 | 10828 | $937.67 | | | | | | | | |

## Debits

| Date | Description | Subtractions |
|------|-------------|--------------|
| Dec 01 | CHECK 1401 | -$2,700.00 |
| Dec 01 | CHECK 1406 | -$867.98 |
| Dec 01 | CHECK 1407 | -$206.25 |
| Dec 01 | CHECK 1410 | -$1,099.86 |
| Dec 01 | CHECK 1416 | -$160.00 |
| Dec 01 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 221201 513331040224123 | -$241.55 |
| Dec 01 | PREAUTHORIZED DEBIT<br>SGWS of IL 3056254171 221201 | -$787.79 |
| Dec 01 | PREAUTHORIZED DEBIT<br>Breakthru Bevera Payments 221201 | -$1,039.32 |
| Dec 02 | CHECK 1413 | -$1,828.69 |
| Dec 02 | CHECK 10740 | -$1,822.18 |
| Dec 02 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 MTOT DISC 221202 513331040224123 | -$143.82 |
| Dec 02 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 221202 513331040224123 | -$146.65 |
| Dec 02 | PREAUTHORIZED DEBIT<br>Tock LLC Subscr Fee 221202 | -$218.99 |
| Dec 05 | CHECK 1378 | -$1,327.80 |
| Dec 05 | CHECK 1399 | -$1,085.99 |
| Dec 05 | CHECK 1417 | -$818.48 |
| Dec 05 | CHECK 1421 | -$2,355.55 |
| Dec 05 | CHECK 1427 | -$1,773.94 |
| Dec 05 | CHECK 10656 | -$964.67 |
| Dec 05 | CHECK 10775 | -$306.98 |
| Dec 05 | CHECK 10777 | -$772.52 |
| Dec 05 | CHECK 10778 | -$1,661.61 |
| Dec 05 | CHECK 10779 | -$1,661.61 |
| Dec 05 | CHECK 10781 | -$1,049.93 |
| Dec 05 | CHECK 10783 | -$62.36 |
| Dec 05 | CHECK 10785 | -$2,007.16 |



# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| Account Number: | XXXXXX6735 |
| Statement Date: | 12/31/2022 |
| Page : | 3 of 24 |

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Dec 05 | CHECK 10786 | -$474.08 |
| Dec 05 | CHECK 10789 | -$1,203.85 |
| Dec 05 | CHECK 10793 | -$602.64 |
| Dec 05 | CHECK 10802 | -$323.05 |
| Dec 05 | CHECK 10805 | -$59.70 |
| Dec 05 | CHECK 10808 | -$509.70 |
| Dec 05 | CHECK 10809 | -$578.19 |
| Dec 05 | CHECK 10810 | -$1,371.63 |
| Dec 05 | CHECK 10812 | -$1,837.70 |
| Dec 05 | CHECK 10813 | -$996.86 |
| Dec 05 | CHECK 10814 | -$2,070.73 |
| Dec 05 | CHECK 10815 | -$850.11 |
| Dec 05 | CHECK 10816 | -$960.43 |
| Dec 05 | CHECK 10817 | -$1,445.79 |
| Dec 05 | CHECK 10822 | -$369.40 |
| Dec 05 | CHECK 10823 | -$107.13 |
| Dec 05 | CHECK 10825 | -$230.87 |
| Dec 05 | CHECK 10826 | -$277.05 |
| Dec 05 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 221205 513331040224123 | -$140.22 |
| Dec 05 | PREAUTHORIZED DEBIT<br>Kloss Distributi FintechEFT 221205 45-5394816 | -$170.40 |
| Dec 05 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 221205 513331040224123 | -$354.73 |
| Dec 05 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 221205 513331040224123 | -$366.73 |
| Dec 05 | PREAUTHORIZED DEBIT<br>UpServe 12052022AR 221205 PY410161 | -$504.00 |
| Dec 05 | PREAUTHORIZED DEBIT<br>Sysco Corporatio Payment 221205 USBL024945640SB | -$633.58 |
| Dec 05 | PREAUTHORIZED DEBIT<br>SBA LOAN PAYMENT 221205 0000 | -$731.00 |
| Dec 06 | CHECK 1397 | -$558.35 |
| Dec 06 | CHECK 1414 | -$2,084.98 |
| Dec 06 | CHECK 1420 | -$1,047.89 |
| Dec 06 | CHECK 10780 | -$1,590.18 |
| Dec 06 | CHECK 10784 | -$1,980.73 |
| Dec 06 | CHECK 10790 | -$1,917.42 |
| Dec 06 | CHECK 10794 | -$106.93 |
| Dec 06 | CHECK 10799 | -$582.16 |
| Dec 06 | CHECK 10800 | -$1,406.32 |
| Dec 06 | CHECK 10801 | -$537.40 |
| Dec 06 | CHECK 10821 | -$1,442.67 |
| Dec 06 | PREAUTHORIZED DEBIT<br>Square Inc ACCTVERIFY 221206 T200540361098 | -$0.01 |
| Dec 06 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 221206 513331040224123 | -$126.55 |
| Dec 06 | PREAUTHORIZED DEBIT<br>EMPIRE COOLER ICE MAKERS 221206 | -$225.00 |
| Dec 06 | PREAUTHORIZED DEBIT<br>Sysco Corporatio Payment 221206 USBL024945640SB | -$1,080.72 |
| Dec 07 | CHECK 1418 | -$1,240.07 |
| Dec 07 | CHECK 10807 | -$1,232.01 |
| Dec 07 | PREAUTHORIZED DEBIT<br>US FOODSERVICE VENDOR PAY 221207 120761546933000 | -$2,305.44 |
| Dec 07 | PREAUTHORIZED DEBIT<br>IL DEPT OF REVEN EDI PYMNTS TXP*455394816000*0<br>112*20221231*T*253 525\ | -$2,535.25 |



# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| Account Number: | XXXXXX6735 |
| Statement Date: | 12/31/2022 |
| Page : | 4 of 24 |

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Dec 07 | PREAUTHORIZED DEBIT | -$12,390.32 |
| | IRS USATAXPYMT 221207 270274125052753 | |
| Dec 08 | CHECK 1398 | -$333.35 |
| Dec 08 | CHECK 10754 | -$211.73 |
| Dec 08 | CHECK 10797 | -$135.47 |
| Dec 08 | CHECK 10818 | -$1,314.78 |
| Dec 08 | PREAUTHORIZED DEBIT | -$68.59 |
| | Sysco Corporatio Payment 221208 USBL024945640SB | |
| Dec 08 | PREAUTHORIZED DEBIT | -$305.61 |
| | BANKCARD 1237 DISCOUNT 221208 513331040224123 | |
| Dec 09 | CHECK 1419 | -$111.00 |
| Dec 09 | CHECK 10782 | -$1,310.42 |
| Dec 09 | CHECK 10795 | -$681.64 |
| Dec 09 | CHECK 10806 | -$115.44 |
| Dec 09 | PREAUTHORIZED DEBIT | -$288.50 |
| | LOUIS GLUNZ BEER FINTECHEFT 221209 45-5394816 | |
| Dec 09 | PREAUTHORIZED DEBIT | -$344.24 |
| | BANKCARD 1237 DISCOUNT 221209 513331040224123 | |
| Dec 09 | PREAUTHORIZED DEBIT | -$1,158.39 |
| | COMED PAYMENT BILLPAY 221209 | |
| Dec 09 | PREAUTHORIZED DEBIT | -$1,659.81 |
| | SGWS of IL 3056254171 221209 | |
| Dec 09 | PREAUTHORIZED DEBIT | -$1,788.50 |
| | Sysco Corporatio Payment 221209 USBL024945640SB | |
| Dec 09 | PREAUTHORIZED DEBIT | -$1,890.35 |
| | Breakthru Bevera Payments 221209 | |
| Dec 12 | CHECK 1422 | -$1,000.00 |
| Dec 12 | CHECK 1424 | -$684.00 |
| Dec 12 | CHECK 1425 | -$15,424.93 |
| Dec 12 | CHECK 1428 | -$563.85 |
| Dec 12 | CHECK 1430 | -$1,279.00 |
| Dec 12 | CHECK 1431 | -$241.00 |
| Dec 12 | CHECK 1435 | -$2,749.15 |
| Dec 12 | CHECK 10745 | -$1,525.67 |
| Dec 12 | CHECK 10788 | -$1,341.83 |
| Dec 12 | CHECK 10819 | -$36.71 |
| Dec 12 | PREAUTHORIZED DEBIT | -$153.90 |
| | Kloss Distributi FintechEFT 221212 45-5394816 | |
| Dec 12 | PREAUTHORIZED DEBIT | -$269.20 |
| | BANKCARD 1237 DISCOUNT 221212 513331040224123 | |
| Dec 12 | PREAUTHORIZED DEBIT | -$378.09 |
| | BANKCARD 1237 DISCOUNT 221212 513331040224123 | |
| Dec 12 | PREAUTHORIZED DEBIT | -$450.33 |
| | BANKCARD 1237 DISCOUNT 221212 513331040224123 | |
| Dec 13 | CHECK 1429 | -$330.66 |
| Dec 13 | CHECK 1437 | -$268.03 |
| Dec 13 | CHECK 10803 | -$946.11 |
| Dec 13 | PREAUTHORIZED DEBIT | -$2.48 |
| | BANKCARD 1237 DISCOUNT 221213 513331040224123 | |
| Dec 13 | PREAUTHORIZED DEBIT | -$119.69 |
| | BANKCARD 1237 DISCOUNT 221213 513331040224123 | |
| Dec 13 | PREAUTHORIZED DEBIT | -$437.85 |
| | Chicago Beverage FintechEFT 221213 45-5394816 | |
| Dec 13 | PREAUTHORIZED DEBIT | -$1,973.96 |
| | Sysco Corporatio Payment 221213 USBL024945640SB | |
| Dec 14 | CHECK 10811 | -$1,050.44 |
| Dec 14 | PREAUTHORIZED DEBIT | -$7.44 |
| | BANKCARD 1237 DISCOUNT 221214 513331040224123 | |

18211 0050638 0004-0024 00000000000000000



# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

| Account Number: | XXXXXX6735 |
|---|---|
| Statement Date: | 12/31/2022 |
| Page : | 5 of 24 |

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Dec 15 | CHECK 1433 | -$335.78 |
| Dec 15 | PREAUTHORIZED DEBIT | -$1.86 |
| | BANKCARD 1237 DISCOUNT 221215 513331040224123 | |
| Dec 15 | PREAUTHORIZED DEBIT | -$534.92 |
| | BANKCARD 1237 DISCOUNT 221215 513331040224123 | |
| Dec 15 | PREAUTHORIZED DEBIT | -$1,127.12 |
| | SGWS of IL 3056254171 221215 | |
| Dec 15 | PREAUTHORIZED DEBIT | -$1,245.23 |
| | Breakthru Bevera Payments 221215 | |
| Dec 15 | PREAUTHORIZED DEBIT | -$1,320.11 |
| | US FOODSERVICE VENDOR PAY 221215 121561546933000 | |
| Dec 16 | CHECK 1409 | -$621.26 |
| Dec 16 | CHECK 1434 | -$2,971.00 |
| Dec 16 | CHECK 1439 | -$1,307.82 |
| Dec 16 | CHECK 1440 | -$652.28 |
| Dec 16 | CHECK 10792 | -$2,250.80 |
| Dec 16 | CHECK 10820 | -$783.79 |
| Dec 16 | PREAUTHORIZED DEBIT | -$168.00 |
| | Smithereen Compa WWP*Smithe 221216 | |
| Dec 16 | PREAUTHORIZED DEBIT | -$259.90 |
| | COMCAST 8771100 570254043 221216 | |
| Dec 16 | PREAUTHORIZED DEBIT | -$294.15 |
| | BANKCARD 1237 DISCOUNT 221216 513331040224123 | |
| Dec 16 | PREAUTHORIZED DEBIT | -$1,794.70 |
| | Sysco Corporatio Payment 221216 USBL024945640SB | |
| Dec 19 | CHECK 1432 | -$441.00 |
| Dec 19 | CHECK 1441 | -$1,707.52 |
| Dec 19 | CHECK 10776 | -$937.67 |
| Dec 19 | CHECK 10827 | -$439.93 |
| Dec 19 | CHECK 10828 | -$937.67 |
| Dec 19 | CHECK 10829 | -$823.98 |
| Dec 19 | CHECK 10832 | -$1,590.18 |
| Dec 19 | CHECK 10833 | -$173.16 |
| Dec 19 | CHECK 10834 | -$1,447.96 |
| Dec 19 | CHECK 10836 | -$399.43 |
| Dec 19 | CHECK 10837 | -$1,980.75 |
| Dec 19 | CHECK 10838 | -$2,007.15 |
| Dec 19 | CHECK 10839 | -$255.77 |
| Dec 19 | CHECK 10841 | -$1,147.85 |
| Dec 19 | CHECK 10854 | -$151.51 |
| Dec 19 | CHECK 10858 | -$2,170.83 |
| Dec 19 | CHECK 10861 | -$1,109.95 |
| Dec 19 | CHECK 10862 | -$1,286.89 |
| Dec 19 | CHECK 10865 | -$721.64 |
| Dec 19 | CHECK 10866 | -$2,020.35 |
| Dec 19 | CHECK 10867 | -$1,198.70 |
| Dec 19 | CHECK 10868 | -$1,163.69 |
| Dec 19 | CHECK 10869 | -$1,253.33 |
| Dec 19 | CHECK 10870 | -$1,314.77 |
| Dec 19 | PREAUTHORIZED DEBIT | -$3.72 |
| | BANKCARD 1237 DISCOUNT 221219 513331040224123 | |
| Dec 19 | PREAUTHORIZED DEBIT | -$192.95 |
| | Kloss Distributi FintechEFT 221219 45-5394816 | |
| Dec 19 | PREAUTHORIZED DEBIT | -$293.97 |
| | BANKCARD 1237 DISCOUNT 221219 513331040224123 | |
| Dec 19 | PREAUTHORIZED DEBIT | -$400.74 |
| | BANKCARD 1237 DISCOUNT 221219 513331040224123 | |



**BEVERLY BANK**
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK
9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Account Number:** | XXXXXX6735 |
| **Statement Date:** | 12/31/2022 |
| **Page :** | 6 of 24 |

## Debits (Continued)

| Date | Description | Subtractions |
|---|---|---|
| Dec 19 | PREAUTHORIZED DEBIT | -$411.21 |
| | BANKCARD 1237 DISCOUNT 221219 513331040224123 | |
| Dec 19 | MAINTENANCE FEE | -$38.40 |
| | ANALYSIS ACTIVITY FOR 11/22 | |
| Dec 20 | CHECK 1442 | -$526.57 |
| Dec 20 | CHECK 1446 | -$3,269.79 |
| Dec 20 | CHECK 10804 | -$865.17 |
| Dec 20 | CHECK 10845 | -$1,086.37 |
| Dec 20 | CHECK 10846 | -$106.46 |
| Dec 20 | CHECK 10853 | -$609.83 |
| Dec 20 | CHECK 10855 | -$865.17 |
| Dec 20 | CHECK 10857 | -$759.55 |
| Dec 20 | CHECK 10859 | -$151.87 |
| Dec 20 | CHECK 10863 | -$1,871.83 |
| Dec 20 | CHECK 10872 | -$1,514.97 |
| Dec 20 | PREAUTHORIZED DEBIT | -$145.00 |
| | INLIGHTIN SALE 221220 | |
| Dec 20 | PREAUTHORIZED DEBIT | -$187.71 |
| | BANKCARD 1237 DISCOUNT 221220 513331040224123 | |
| Dec 20 | PREAUTHORIZED DEBIT | -$826.21 |
| | SGWS of IL 3056254171 221220 | |
| Dec 20 | PREAUTHORIZED DEBIT | -$2,388.28 |
| | Sysco Corporatio Payment 221220 USBL024945640SB | |
| Dec 21 | CHECK 10852 | -$1,514.75 |
| Dec 21 | PREAUTHORIZED DEBIT | -$142.00 |
| | BIG A ICE COMPAN SALE 221221 | |
| Dec 21 | PREAUTHORIZED DEBIT | -$186.00 |
| | BIG A ICE COMPAN SALE 221221 | |
| Dec 21 | PREAUTHORIZED DEBIT | -$2,763.93 |
| | IL DEPT OF REVEN EDI PYMNTS TXP*455394816000*0 | |
| | 112*20221231*T*276 393\ | |
| Dec 21 | PREAUTHORIZED DEBIT | -$13,609.11 |
| | IRS USATAXPYMT 221221 270275530039706 | |
| Dec 21 | PREAUTHORIZED DEBIT | -$14,862.00 |
| | IL DEPT OF REVEN EDI PYMNTS TXP*40896609*0411* | |
| | 20221130*T*1486200 \ | |
| Dec 22 | CHECK 1438 | -$932.57 |
| Dec 22 | CHECK 1444 | -$355.75 |
| Dec 22 | PREAUTHORIZED DEBIT | -$118.07 |
| | BANKCARD 1237 DISCOUNT 221222 513331040224123 | |
| Dec 22 | PREAUTHORIZED DEBIT | -$622.35 |
| | NORTH SHORE GAS PAYMENT 221221 | |
| Dec 23 | CHECK 1443 | -$1,325.20 |
| Dec 23 | CHECK 10847 | -$64.34 |
| Dec 23 | PREAUTHORIZED DEBIT | -$85.00 |
| | INTUIT * QBooks Onl 221223 7946735 | |
| Dec 23 | PREAUTHORIZED DEBIT | -$187.40 |
| | BANKCARD 1237 DISCOUNT 221223 513331040224123 | |
| Dec 23 | PREAUTHORIZED DEBIT | -$391.50 |
| | LOUIS GLUNZ BEER FINTECHEFT 221223 45-5394816 | |
| Dec 23 | PREAUTHORIZED DEBIT | -$1,935.35 |
| | Sysco Corporatio Payment 221223 USBL024945640SB | |
| Dec 27 | CHECK 1447 | -$292.67 |
| Dec 27 | CHECK 1458 | -$1,060.18 |
| Dec 27 | CHECK 10787 | -$174.31 |
| Dec 27 | CHECK 10830 | -$1,661.61 |
| Dec 27 | CHECK 10851 | -$717.38 |
| Dec 27 | CHECK 10856 | -$51.57 |

18211 0050640 0006-0024 0000000000000000



# BEVERLY BANK
### & TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

**Account Number:** XXXXXX6735
**Statement Date:** 12/31/2022
**Page :** 7 of 24

## Debits (Continued)

| Date | Description | Subtractions |
|------|-------------|-------------:|
| Dec 27 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 221227 513331040224123 | -$1.24 |
| Dec 27 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 221227 513331040224123 | -$2.48 |
| Dec 27 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 221227 513331040224123 | -$4.96 |
| Dec 27 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 221227 513331040224123 | -$92.33 |
| Dec 27 | PREAUTHORIZED DEBIT<br>BIG A ICE COMPAN SALE 221227 | -$186.00 |
| Dec 27 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 221227 513331040224123 | -$206.96 |
| Dec 27 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 221227 513331040224123 | -$293.14 |
| Dec 27 | PREAUTHORIZED DEBIT<br>Sysco Corporatio Payment 221227 USBL024945640SB | -$907.99 |
| Dec 28 | CHECK 1448 | -$415.38 |
| Dec 28 | CHECK 1457 | -$1,000.00 |
| Dec 28 | CHECK 1470 | -$1,689.20 |
| Dec 28 | CHECK 10831 | -$1,661.61 |
| Dec 28 | CHECK 10835 | -$1,337.92 |
| Dec 28 | CHECK 10871 | -$1,168.34 |
| Dec 28 | CHECK 10873 | -$1,891.00 |
| Dec 29 | CHECK 1451 | -$835.34 |
| Dec 29 | CHECK 1455 | -$7,292.16 |
| Dec 29 | CHECK 10791 | -$1,760.70 |
| Dec 29 | CHECK 10843 | -$1,900.62 |
| Dec 29 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 BTOT ADJ 221229 513331040224123 | -$119.19 |
| Dec 29 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 221229 513331040224123 | -$139.63 |
| Dec 29 | PREAUTHORIZED DEBIT<br>Breakthru Bevera Payments 221229 | -$1,856.19 |
| Dec 29 | PREAUTHORIZED DEBIT<br>Sysco Corporatio Payment 221229 USBL024945640SB | -$2,852.11 |
| Dec 30 | CHECK 1454 | -$2,498.41 |
| Dec 30 | CHECK 10849 | -$242.84 |
| Dec 30 | PREAUTHORIZED DEBIT<br>BANKCARD 1237 DISCOUNT 221230 513331040224123 | -$150.31 |
| Dec 30 | PREAUTHORIZED DEBIT<br>SGWS of IL 3056254171 221230 | -$1,499.42 |

## Credits



| Date | Description | Additions |
|------|-------------|----------:|
| Dec 01 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 221201 513331040224123 | $9,479.96 |
| Dec 02 | PREAUTHORIZED CREDIT<br>GRUBHUB INC Nov Actvty 221202 221202017zHA9uu | $691.97 |
| Dec 02 | PREAUTHORIZED CREDIT<br>GRUBHUB INC Nov Actvty 221202 221202307zHA9uu | $1,570.48 |
| Dec 02 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 221202 513331040224123 | $5,686.78 |
| Dec 05 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 221205 513331040224123 | $5,399.84 |

18211 0050641 0007-0024 C00000000000000000

# BEVERLY BANK
& T R U S T   C O M P A N Y  N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Credits (Continued)

| Date | Description | Additions |
|---|---|---|
| Dec 05 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 221205 513331040224123 | $14,074.20 |
| Dec 05 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 221205 513331040224123 | $14,168.72 |
| Dec 05 | PREAUTHORIZED CREDIT<br>Square Inc 221205P2 221205 L21527899024 | $389.55 |
| Dec 06 | PREAUTHORIZED CREDIT<br>Square Inc ACCTVERIFY 221206 T200540361099 | $0.01 |
| Dec 06 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 221206 513331040224123 | $4,962.91 |
| Dec 08 | PREAUTHORIZED CREDIT<br>Timothy and Step Receivable 025WXBNGIOD83A8 Ti mothy and Step Bil l.com Acct #321 - Multiple invoices | $1,869.78 |
| Dec 08 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 221208 513331040224123 | $11,633.71 |
| Dec 09 | PREAUTHORIZED CREDIT<br>GRUBHUB INC Dec Actvty 221209 221209077zHA9uu | $459.45 |
| Dec 09 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 221209 513331040224123 | $13,472.10 |
| Dec 12 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 221212 513331040224123 | $10,536.19 |
| Dec 12 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 221212 513331040224123 | $14,687.33 |
| Dec 12 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 221212 513331040224123 | $17,889.42 |
| Dec 13 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 221213 513331040224123 | $100.00 |
| Dec 13 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 221213 513331040224123 | $4,647.09 |
| Dec 14 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 221214 513331040224123 | $300.00 |
| Dec 14 | DEPOSIT | $1,977.50 |
| Dec 15 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 221215 513331040224123 | $75.00 |
| Dec 15 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 221215 513331040224123 | $20,494.01 |
| Dec 16 | DEPOSIT | $650.00 |
| Dec 16 | PREAUTHORIZED CREDIT<br>GRUBHUB INC Dec Actvty 221216 221216147zHA9uu | $1,374.93 |
| Dec 16 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 221216 513331040224123 | $10,485.95 |
| Dec 19 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 221219 513331040224123 | $150.00 |
| Dec 19 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 221219 513331040224123 | $11,485.83 |
| Dec 19 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 221219 513331040224123 | $15,572.07 |
| Dec 19 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 221219 513331040224123 | $15,849.79 |
| Dec 20 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 221220 513331040224123 | $7,422.05 |
| Dec 22 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 221222 513331040224123 | $4,611.94 |
| Dec 23 | PREAUTHORIZED CREDIT<br>GRUBHUB INC Dec Actvty 221223 221223217zHA9uu | $1,264.04 |
| Dec 23 | PREAUTHORIZED CREDIT<br>BANKCARD 1237 MTOT DEP 221223 513331040224123 | $7,266.28 |

18211 0050642 0008-0024 0000000000000000



# BEVERLY BANK
### & TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Account Number:** | XXXXXX6735 |
| **Statement Date:** | 12/31/2022 |
| **Page :** | 9 of 24 |

## Credits (Continued)

| Date | Description | Additions |
|------|-------------|-----------|
| Dec 27 | PREAUTHORIZED CREDIT | $50.00 |
| | BANKCARD 1237 MTOT DEP 221227 513331040224123 | |
| Dec 27 | PREAUTHORIZED CREDIT | $100.00 |
| | BANKCARD 1237 MTOT DEP 221227 513331040224123 | |
| Dec 27 | PREAUTHORIZED CREDIT | $200.00 |
| | BANKCARD 1237 MTOT DEP 221227 513331040224123 | |
| Dec 27 | PREAUTHORIZED CREDIT | $3,490.69 |
| | BANKCARD 1237 MTOT DEP 221227 513331040224123 | |
| Dec 27 | PREAUTHORIZED CREDIT | $8,136.35 |
| | BANKCARD 1237 MTOT DEP 221227 513331040224123 | |
| Dec 27 | PREAUTHORIZED CREDIT | $11,634.58 |
| | BANKCARD 1237 MTOT DEP 221227 513331040224123 | |
| Dec 29 | PREAUTHORIZED CREDIT | $2.96 |
| | BANKCARD 1237 DISCOUNT 221229 513331040224123 | |
| Dec 29 | DEPOSIT | $1,458.80 |
| Dec 29 | PREAUTHORIZED CREDIT | $5,462.59 |
| | BANKCARD 1237 MTOT DEP 221229 513331040224123 | |
| Dec 30 | PREAUTHORIZED CREDIT | $1,216.26 |
| | GRUBHUB INC Dec Actvty 221230 221230287zHA9uu | |
| Dec 30 | PREAUTHORIZED CREDIT | $5,651.13 |
| | BANKCARD 1237 MTOT DEP 221230 513331040224123 | |

## Daily Balances

| Date | Balance | Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|------|---------|
| Nov 30 | $175,892.78 | Dec 08 | $164,779.51 | Dec 16 | $205,677.15 | Dec 23 | $187,006.38 |
| Dec 01 | $178,269.99 | Dec 09 | $169,362.77 | Dec 19 | $220,712.17 | Dec 27 | $204,965.18 |
| Dec 02 | $182,058.89 | Dec 12 | $186,378.05 | Dec 20 | $212,959.44 | Dec 28 | $195,801.73 |
| Dec 05 | $183,073.03 | Dec 13 | $187,046.36 | Dec 21 | $179,881.65 | Dec 29 | $185,970.14 |
| Dec 06 | $173,348.64 | Dec 14 | $188,265.98 | Dec 22 | $182,464.85 | Dec 30 | $188,446.55 |
| Dec 07 | $153,645.55 | Dec 15 | $204,269.97 | | | | |



# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

| Account Number: | XXXXXX6735 |
|---|---|
| Statement Date: | 12/31/2022 |
| Page : | 10 of 24 |

## Check Images for Account XXXXXX6735



12/14/2022 — $1,977.50



12/08/2022 — # 1398 — $333.35



12/16/2022 — $650.00



12/05/2022 — # 1399 — $1,085.99



12/29/2022 — $1,458.80



12/01/2022 — # 1401 — $2,700.00



12/05/2022 — # 1378 — $1,327.80



12/01/2022 — # 1406 — $867.98



12/06/2022 — # 1397 — $558.35



12/01/2022 — # 1407 — $206.25

# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

Account Number:          XXXXXX6735
Statement Date:          12/31/2022
Page :                   11 of 24

## Check Images for Account XXXXXX6735 (Continued)



12/16/2022        # 1409        $621.26



12/05/2022        # 1417        $818.48



12/01/2022        # 1410        $1,099.86



12/07/2022        # 1418        $1,240.07



12/02/2022        # 1413        $1,828.69



12/09/2022        # 1419        $111.00



12/06/2022        # 1414        $2,084.98



12/06/2022        # 1420        $1,047.89



12/01/2022        # 1416        $160.00



12/05/2022        # 1421        $2,355.55

# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

**Account Number:** XXXXXX6735
**Statement Date:** 12/31/2022
**Page :** 12 of 24

## Check Images for Account XXXXXX6735 (Continued)



| 12/12/2022 | # 1422 | $1,000.00 | 12/13/2022 | # 1429 | $330.66 |
| 12/12/2022 | # 1424 | $684.00 | 12/12/2022 | # 1430 | $1,279.00 |
| 12/12/2022 | # 1425 | $15,424.93 | 12/12/2022 | # 1431 | $241.00 |
| 12/05/2022 | # 1427 | $1,773.94 | 12/19/2022 | # 1432 | $441.00 |
| 12/12/2022 | # 1428 | $563.85 | 12/15/2022 | # 1433 | $335.78 |



# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

| Account Number: | XXXXXX6735 |
|---|---|
| Statement Date: | 12/31/2022 |
| Page : | 13 of 24 |

## Check Images for Account XXXXXX6735 (Continued)



| 12/16/2022 | # 1434 | $2,971.00 | 12/16/2022 | # 1440 | $652.28 |
|---|---|---|---|---|---|
| 12/12/2022 | # 1435 | $2,749.15 | 12/19/2022 | # 1441 | $1,707.52 |
| 12/13/2022 | # 1437 | $268.03 | 12/20/2022 | # 1442 | $526.57 |
| 12/22/2022 | # 1438 | $932.57 | 12/23/2022 | # 1443 | $1,325.20 |
| 12/16/2022 | # 1439 | $1,307.82 | 12/22/2022 | # 1444 | $355.75 |

# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

| Account Number: | XXXXXX6735 |
| Statement Date: | 12/31/2022 |
| Page : | 14 of 24 |

## Check Images for Account XXXXXX6735 (Continued)



| 12/20/2022 | # 1446 | $3,269.79 |



| 12/29/2022 | # 1455 | $7,292.16 |



| 12/27/2022 | # 1447 | $292.67 |



| 12/28/2022 | # 1457 | $1,000.00 |



| 12/28/2022 | # 1448 | $415.38 |



| 12/27/2022 | # 1458 | $1,060.18 |



| 12/29/2022 | # 1451 | $835.34 |



| 12/28/2022 | # 1470 | $1,689.20 |



| 12/30/2022 | # 1454 | $2,498.41 |



| 12/05/2022 | # 10656 | $964.67 |

# BEVERLY BANK
### & TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Check Images for Account XXXXXX6735 (Continued)



| | | | |
|---|---|---|---|
| 12/02/2022 | # 10740 | $1,822.18 | |
| 12/05/2022 | # 10777 | $772.52 | |
| 12/12/2022 | # 10745 | $1,525.67 | |
| 12/05/2022 | # 10778 | $1,661.61 | |
| 12/08/2022 | # 10754 | $211.73 | |
| 12/05/2022 | # 10779 | $1,661.61 | |
| 12/05/2022 | # 10775 | $306.98 | |
| 12/06/2022 | # 10780 | $1,590.18 | |
| 12/19/2022 | # 10776 | $937.67 | |
| 12/05/2022 | # 10781 | $1,049.93 | |

# BEVERLY BANK
### & TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Account Number:** | XXXXXX6735 |
| **Statement Date:** | 12/31/2022 |
| **Page :** | 16 of 24 |

## Check Images for Account XXXXXX6735 (Continued)



12/09/2022          # 10782          $1,310.42



12/27/2022          # 10787          $174.31



12/05/2022          # 10783          $62.36



12/12/2022          # 10788          $1,341.83



12/06/2022          # 10784          $1,980.73



12/05/2022          # 10789          $1,203.85

12/05/2022          # 10785          $2,007.16



12/06/2022          # 10790          $1,917.42



12/05/2022          # 10786          $474.08



12/29/2022          # 10791          $1,760.70

# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

| | |
|---|---|
| **Account Number:** | XXXXXX6735 |
| **Statement Date:** | 12/31/2022 |
| **Page :** | 17 of 24 |

## Check Images for Account XXXXXX6735 (Continued)

| Date | Check # | Amount | Date | Check # | Amount |
|---|---|---|---|---|---|
| 12/16/2022 | # 10792 | $2,250.80 | 12/06/2022 | # 10799 | $582.16 |
| 12/05/2022 | # 10793 | $602.64 | 12/06/2022 | # 10800 | $1,406.32 |
| 12/06/2022 | # 10794 | $106.93 | 12/06/2022 | # 10801 | $537.40 |
| 12/09/2022 | # 10795 | $681.64 | 12/05/2022 | # 10802 | $323.05 |
| 12/08/2022 | # 10797 | $135.47 | 12/13/2022 | # 10803 | $946.11 |

# BEVERLY BANK
### & TRUST COMPANY N.A.™

**A** WINTRUST COMMUNITY BANK
9801 W. Higgins, Box 32, Rosemont, IL 60018

Account Number:          XXXXXX6735
Statement Date:          12/31/2022
Page :                   18 of 24

## Check Images for Account XXXXXX6735 (Continued)



| 12/20/2022 | # 10804 | $865.17 |
|---|---|---|



| 12/05/2022 | # 10809 | $578.19 |
|---|---|---|



| 12/05/2022 | # 10805 | $59.70 |
|---|---|---|

| 12/05/2022 | # 10810 | $1,371.63 |
|---|---|---|





| 12/09/2022 | # 10806 | $115.44 |
|---|---|---|

| 12/14/2022 | # 10811 | $1,050.44 |
|---|---|---|



| 12/07/2022 | # 10807 | $1,232.01 |
|---|---|---|

| 12/05/2022 | # 10812 | $1,837.70 |
|---|---|---|





| 12/05/2022 | # 10808 | $509.70 |
|---|---|---|

| 12/05/2022 | # 10813 | $996.86 |
|---|---|---|



# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

## Check Images for Account XXXXXX6735 (Continued)



| Date | Check # | Amount | | Date | Check # | Amount |
|------|---------|--------|---|------|---------|--------|
| 12/05/2022 | # 10814 | $2,070.73 | | 12/12/2022 | # 10819 | $36.71 |
| 12/05/2022 | # 10815 | $850.11 | | 12/16/2022 | # 10820 | $783.79 |
| 12/05/2022 | # 10816 | $960.43 | | 12/06/2022 | # 10821 | $1,442.67 |
| 12/05/2022 | # 10817 | $1,445.79 | | 12/05/2022 | # 10822 | $369.40 |
| 12/08/2022 | # 10818 | $1,314.78 | | 12/05/2022 | # 10823 | $107.13 |

# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

**Account Number:** XXXXXX6735
**Statement Date:** 12/31/2022
**Page :** 20 of 24

## Check Images for Account XXXXXX6735 (Continued)

| Date | Check # | Amount | Date | Check # | Amount |
|------|---------|--------|------|---------|--------|
| 12/05/2022 | # 10825 | $230.87 | 12/27/2022 | # 10830 | $1,661.61 |
| 12/05/2022 | # 10826 | $277.05 | 12/28/2022 | # 10831 | $1,661.61 |
| 12/19/2022 | # 10827 | $439.93 | 12/19/2022 | # 10832 | $1,590.18 |
| 12/19/2022 | # 10828 | $937.67 | 12/19/2022 | # 10833 | $173.16 |
| 12/19/2022 | # 10829 | $823.98 | 12/19/2022 | # 10834 | $1,447.96 |



# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

| Account Number: | XXXXXX6735 |
| Statement Date: | 12/31/2022 |
| Page : | 21 of 24 |

## Check Images for Account XXXXXX6735 (Continued)



| 12/28/2022 | # 10835 | $1,337.92 | 12/19/2022 | # 10841 | $1,147.85 |
| --- | --- | --- | --- | --- | --- |
| 12/19/2022 | # 10836 | $399.43 | 12/29/2022 | # 10843 | $1,900.62 |
| 12/19/2022 | # 10837 | $1,980.75 | 12/20/2022 | # 10845 | $1,086.37 |
| 12/19/2022 | # 10838 | $2,007.15 | 12/20/2022 | # 10846 | $106.46 |
| 12/19/2022 | # 10839 | $255.77 | 12/23/2022 | # 10847 | $64.34 |



# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

**Account Number:** XXXXXX6735
**Statement Date:** 12/31/2022
**Page :** 22 of 24

## Check Images for Account XXXXXX6735 (Continued)

| Date | Check # | Amount |
|------|---------|--------|
| 12/30/2022 | # 10849 | $242.84 |
| 12/20/2022 | # 10855 | $865.17 |
| 12/27/2022 | # 10851 | $717.38 |
| 12/27/2022 | # 10856 | $51.57 |
| 12/21/2022 | # 10852 | $1,514.75 |
| 12/20/2022 | # 10857 | $759.55 |
| 12/20/2022 | # 10853 | $609.83 |
| 12/19/2022 | # 10858 | $2,170.83 |
| 12/19/2022 | # 10854 | $151.51 |
| 12/20/2022 | # 10859 | $151.87 |

# BEVERLY BANK
### & TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK

9801 W. Higgins, Box 32, Rosemont, IL 60018

| Account Number: | XXXXXX6735 |
| --- | --- |
| Statement Date: | 12/31/2022 |
| Page : | 23 of 24 |

## Check Images for Account XXXXXX6735 (Continued)

| | | | |
| --- | --- | --- | --- |
| 12/19/2022 | # 10861 | $1,109.95 | |
| 12/19/2022 | # 10867 | $1,198.70 | |
| 12/19/2022 | # 10862 | $1,286.89 | |
| 12/19/2022 | # 10868 | $1,163.69 | |
| 12/20/2022 | # 10863 | $1,871.83 | |
| 12/19/2022 | # 10869 | $1,253.33 | |
| 12/19/2022 | # 10865 | $721.64 | |
| 12/19/2022 | # 10870 | $1,314.77 | |
| 12/19/2022 | # 10866 | $2,020.35 | |
| 12/28/2022 | # 10871 | $1,168.34 | |

# BEVERLY BANK
& TRUST COMPANY N.A.™

A WINTRUST COMMUNITY BANK
9801 W. Higgins, Box 32, Rosemont, IL 60018

## Check Images for Account XXXXXX6735 (Continued)



| 12/20/2022 | # 10872 | $1,514.97 | 12/28/2022 | # 10873 | $1,891.00 |



18211 0050658 0024-0024 0C00000000000000000