UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 22-03452 |
| | ) | |
| **Lucci Restaurant Group, LLC,** | ) | Hon. David D. Cleary |
| | ) | |
| Debtor. | ) | Chapter 11 (Subchapter V Small Business) |

## REPORT OF BALLOTING

Lucci Restaurant Group, LLC, debtor and debtor in possession herein, by and through its undersigned counsel, hereby submits this Report of Balloting with respect to Debtor's Amended Small Business Debtor's Plan of Reorganization Dated December 1, 2022 (Docket No. 110) (the "Plan").

1. The Plan designates three classes of claims or equity interests, as follows:

    Class 1:   Small Business Administration claim secured by EIDL loan proceeds

    Class 2:   Allowed General Unsecured Claims

    Class 3:   Equity Interests

2. Class 1 is unimpaired, as it will be paid in the ordinary course of business in accordance with its terms and is therefore presumed to have accepted the Plan.

3. Class 2 is impaired and is therefore entitled to vote on the Plan.

4. Class 3 is unimpaired, as equity interest holders will retain their membership interests under the plan and are therefore presumed to have accepted the Plan.

5. Attached as Exhibit A hereto is a completed ballot report form, tallying the number and amount of votes accepting or rejecting in each class and concluding that the Plan has received sufficient acceptance to be confirmed.

6. The undersigned attorney for the Debtor certifies that he tallied all ballots filed with the Clerk and that all ballots were counted for the classes for which those ballots were filed.

Date:  April 24, 2023                    **Lucci Restaurant Group, LLC**

                                              By:     */s/ David P. Leibowitz*
                                                                 One of Its Attorneys

David P. Leibowitz (ARDC # 1612271)
Law Offices of David P. Leibowitz, LLC
3478 N. Broadway, Unit 234
Chicago, IL 60657
(312) 662-5750