IN THE UNITED STATES BANKRUPTCY
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: )
) Chapter 11 (Subchapter V)
LUCCI RESTAURANT GROUP, LLC, ) Case No. 22-03452
)
Debtor ) Honorable David D. Cleary

## CLASS 2 BALLOT FOR ACCEPTING OR REJECTING
## PLAN OF REORGANIZATION

Lucci Restaurant Group, LLC filed an Amended Small Business Debtor's Plan of Reorganization on January 29, 2023 (the "Plan") in the above-captioned case. The Plan provides information to assist you in deciding how to vote your ballot. A copy of the Plan is enclosed.

You should review the Plan before you vote. You may wish to seek legal advice concerning the Plan and your classification and treatment under the Plan. Your claim has been placed in Class 2 under the Plan. If you hold claims or equity interests in more than one class, you will receive a ballot for each class in which you are entitled to vote.

If your ballot is not received by the Clerk of the United States Bankruptcy Court, 219 S. Dearborn St., Room 713, Chicago, IL 60604 on or before April 17, 2023, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.

If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.

### ACCEPTANCE OR REJECTION OF THE PLAN

The undersigned, the holder of a Class 2 claim against the Debtor in the amount of $ 2960.64

(Check one box only)
☒ ACCEPTS THE PLAN          ☐ REJECTS THE PLAN

Dated: 4/25/23

Print or type name of holder
of Class 2 claim: Harrison's Poultry Farm Inc.
Signature: [signed]
Title of signatory (if on behalf of corporation
or partnership): Co-President & Co-Owner
Address: 1201 Waukegan Rd.
Glenview, IL 60025

**RETURN THIS BALLOT TO:**

Clerk of the United States Bankruptcy Court
219 S. Dearborn St., Room 713
Chicago, IL 60604

Send a copy to:
Richard N. Golding, Esq.
THE GOLDING LAW OFFICES, P.C.
161 N. Clark Street, Suite 1700

FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

APR 28 2023

JEFFREY P. ALLSTEADT, CLERK
INTAKE 2